UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| CASE NO.: | 21-cv-2429-SDM-TGW | DATE: | February 10, 2022 |
| HONORABLE STEVEN D. MERRYDAY | | INTERPRETER: | N/A |
| **NAVY SEAL 1 et al,**<br><br>**v.**<br><br>**JOSEPH R. BIDEN et al,** | | LANGUAGE: | N/A |
| | | PLANTIFF COUNSEL<br>Mathew D. Staver<br>Daniel Schmid<br>Horatio Mihet<br>Roger Gannam | |
| | | DEFENSE COUNSEL<br>Amy Powell<br>Zachary Avallone | |
| COURT REPORTER: Becky Sabo | | DEPUTY CLERK: | Derek Young |
| TIME: | 10:05 AM – 12:13 PM<br>1:32 PM – 3:25 PM<br>3:52 PM – 6:05 PM | TOTAL:<br>6 hours 14 minutes | |
| | | COURTROOM: | 15A |

**PROCEEDINGS: Preliminary Injunction**

All parties present and identified for the record.

Plaintiff request to sever the case to spilt up parties. Defense counsel has no objections to the severance. The court orders the case to be severed.

Plaintiff (Mr.Gannam) calls first witness.

Plaintiff Witness (1): Navy Commander Service Warfare Officer. (Sworn)
Direct examination: Roger Gannam
Cross examination: Zachary Avallone
Redirect examination: Roger Gannam

Plaintiff Witness (2): Lieutenant Colonel 2 (Sworn)
Direct examination: Roger Gannam
Cross examination: Zachary Avallone
Redirect examination: Roger Gannam

Plaintiff (Daniel Schmid) gives closing argument for granting the Preliminary Injunction.

Defense (Amy Powell) gives closing argument against Preliminary Injunction.

The court extends the current injunction until Friday the 18th and will issue an order accordingly.