IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **COLONEL FINANCIAL MANAGEMENT OFFICER,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD J. AUSTIN, III**, in his official capacity as Secretary of U.S. Dep't of Defense, et al., <br><br> Defendants. | Case No. 8:22-cv-01275-SDM-TGW |

## DEFENDANTS' DISCLOSURE STATEMENT

Pursuant to the proposed Case Management Report, ECF No. 207-1, Defendants hereby state that they are not aware of a "nongovernmental corporate party" in this matter requiring a disclosure under Federal Rule of Civil Procedure 7.1. Pursuant to Local Rule 3.03, Defendants are not aware of any persons (as defined under Local Rule 3.03) having an interest in this matter, other than: the parties in this action; agencies of the United States; putative class members as defined by Plaintiffs; and Plaintiffs' counsel.

Undersigned counsel hereby certifies that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: July 29, 2022                                    Respectfully submitted,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant<br>Attorney General<br><br>ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>ANTHONY J. COPPOLINO<br>Deputy Director | /s/ *Amy E. Powell*<br>ANDREW E. CARMICHAEL<br>AMY E. POWELL<br>Senior Trial Counsel<br>ZACHARY A. AVALLONE<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel: (919) 856-4013<br>Email: amy.powell@usdoj.gov<br><br>*Counsel for Defendants* |