UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

| CASE NO.: | 22-cv-1275-SDM-TGW | DATE: | August 2, 2022 |
|---|---|---|---|
| HONORABLE STEVEN D. MERRYDAY | | INTERPRETER: | |
| **COLONEL FINANCIAL MGMT OFFICER ET AL.** v. **AUSTIN III ET AL.** | | LANGUAGE: | |
| | | PLAINTIFF COUNSEL Roger Gannam | |
| | | DEFENSE COUNSEL Amy Powell | |
| COURT REPORTER: Becky Sabo | | DEPUTY CLERK: | Derek Young |
| TIME: | 9:58 AM – 10:21 AM   TOTAL: 23 mins | | |
| | | COURTROOM: | ZOOM |

**PROCEEDINGS:   STATUS CONFERENCE**

All parties present via Zoom and identified for the record.

The court addresses (Doc.207) with counsel.

Plaintiff counsel Roger Gannam addresses the court.

Defense counsel Amy Powell addresses the court.

The court addresses counsel and plans to set a future hearing within a months' time to resolve the pending motions.

The court will enter an order extending the discovery deadline.