UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLONEL FINANCIAL MANAGEMENT
OFFICER, et al.,

    Plaintiffs,

v.                                 CASE NO. 8:22-cv-1275-SDM-TGW

LLOYD AUSTIN, Secretary of the
Department of Defense, et al.,

    Defendants.
_____/

## ORDER

The defendants' unopposed motion (Doc. 232) to extend the time within which to respond to the third amended complaint is **GRANTED**. Not later than **SEPTEMBER 15, 2022**, the defendants must respond to the complaint.

ORDERED in Tampa, Florida, on August 31, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE