UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLONEL FINANCIAL MANAGEMENT
OFFICER, et al., on behalf of himself and
others similarly situated,

    Plaintiffs,

v.                                                        CASE NO. 8:22-cv-1275-SDM-TGW

LLOYD AUSTIN, Secretary of the
Department of Defense, et al.,

    Defendants.
_____/

## ORDER

    A June 2, 2022 order (Doc. 194) directs the parties to file a case management report consistent with certain deadlines. The parties jointly moved (Doc. 207) to file an "alternative case management report" extending the discovery deadline until December 16, 2022. An August 2, 2022 scheduling order (Doc. 215) denies the motion for an alternative case management report but schedules a conference to discuss the status of discovery and the possibility of amending the scheduling order. At the conference, which occurred September 1, 2022, the parties each proposed a schedule for this action.

    This civil rights class action about the exercise of a fundamental right demands a balance between expediently resolving an issue of public importance and permitting a reasonable time within which counsel can feasibly prepare to present the

necessary evidence.  For this reason and others discussed at the status conference, the deadlines in the parties' jointly proposed "alternative case management report" are **ADOPTED-IN-PART**, and Doc. 215, which establishes the current deadlines, is amended to substitute these deadlines:

    (1)  Expert disclosure: November 30, 2022

    (2)  *Daubert* motions and rebuttal expert reports: December 16, 2022

    (3)  Close of discovery: December 16, 2022

    (4)  Dispositive motions, if any: January 4, 2023

    (5)  Joint pre-trial statement: January 11, 2023

The pre-trial conference will occur on January 18, 2023, at 10:00 a.m. before Judge Merryday or Judge Wilson.  A bench trial will begin on January 23, 2023, at 10:00 a.m.  **FURTHER EXTENSION OF THE APPLICABLE DEADLINES IS ACUTELY UNLIKELY.**

ORDERED in Tampa, Florida, on September 2, 2022.

                                              STEVEN D. MERRYDAY
                                              UNITED STATES DISTRICT JUDGE