# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **COLONEL FINANCIAL MANAGEMENT OFFICER,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD J. AUSTIN, III**, in his official capacity as Secretary of U.S. Dep't of Defense, et al., <br><br> Defendants. | Case No. 8:22-cv-01275-SDM-TGW |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order Certifying Class and Issuing Preliminary Injunction. ECF No. 229.

Dated: October 14, 2022

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

Respectfully submitted,

/s/ *Amy E. Powell*
ANDREW E. CARMICHAEL
AMY E. POWELL
STUART ROBINSON
Senior Trial Counsel
CATHERINE YANG
LIAM HOLLAND
CASSANDRA SNYDER
MICHAEL CLENDENEN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013

Email: amy.powell@usdoj.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On October 14, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Middle District of Florida, using the electronic case filing system of the Court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Amy E. Powell*
AMY E. POWELL
U.S. Department of Justice