IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **COLONEL FINANCIAL MANAGEMENT OFFICER,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*, <br><br> Defendants. | Case No. 8:22-cv-1275 (SDM/TGW) |

## NOTICE RELATED TO DEFENDANTS' EMERGENCY MOTION TO STAY PROCEEDINGS

Defendants hereby notify the Court of developments related to Defendants' Emergency Motion to Stay Proceedings. ECF No. 252.

First, the parties completed additional depositions last week, including the depositions of Rear Admiral Bruce Gillingham and Dr. Ryan Cole (one of Plaintiffs' proffered expert witnesses). Remaining depositions previously planned for this week include: 30(b)(6) witness Commander Sean Driscoll, M.D. (Dec. 12, 2022); Lieutenant General David Ottignon (Dec. 14, 2022); Dr. Peter McCullough (Dec. 14, 2022); 30(b)(6) witness Colonel Richard Wilson (Dec. 15, 2022); and Dr. Barbara Mahon (Dec. 16, 2022).

Second, on Friday December 9, 2022, Plaintiffs notified Defendants that they were unilaterally cancelling the noticed deposition of their second proffered expert, Dr. Peter McCullough (who had been scheduled for December 14, 2022). (Plaintiffs delayed Dr. McCullough's expert report more than a week past the parties' informally

1

agreed schedule, and then indicated that he was only available for deposition on a single day. They have now withdrawn his availability on that single day and indicated that they are attempting to reschedule.)

Third, in response, on the morning of Saturday December 10, 2022, Defendants proposed to move all of the remaining deadlines in this case, including the deadlines for the close of discovery, motions in limine, pretrial filings, and trial. Defendants also proposed to reschedule the Ottignon and Mahon depositions until after the Court rules on the motion to stay. Defendants do not believe it is appropriate to move forward with depositions of Defendants' senior officials under these circumstances, especially where Plaintiffs are unilaterally refusing to produce their own witness during the discovery period.

Plaintiffs have not responded. Defendants anticipate that it will be appropriate to move the December 16 deadline for Defendants' expected *Daubert* motion until after the deposition of Dr. McCullough. Because the current schedule has such motions due on December 16, 2022, Defendants currently anticipate filing soon a motion to extend deadlines regardless of Plaintiffs' position.[1]

Dated: December 12, 2022                    Respectfully submitted,

BRIAN M. BOYNTON                            /s/ Amy. E. Powell
Principal Deputy Assistant Attorney         ANDREW E. CARMICHAEL
General                                     AMY E. POWELL
                                            Senior Trial Counsel

---

[1] Defendants also continue to review a tranche of documents with which Defendants had technical difficulties (all emails related to named Plaintiffs, not pertinent to this week's depositions). Defendants anticipate completing such review and production in the next 2-3 weeks.

2

| | |
|---|---|
| ALEXANDER K. HAAS<br>Director, Federal Programs Branch | MICHAEL P. CLENDENEN<br>LIAM HOLLAND<br>CATHERINE M. YANG |
| ANTHONY J. COPPOLINO<br>Deputy Director | Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel: (919)856-4013<br>Email: amy.powell@usdoj.gov<br>*Counsel for Defendants* |