UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLONEL FINANCIAL MANAGEMENT
OFFICER, et al., on behalf of himself and
others similarly situated,

    Plaintiffs,

v.                                                 CASE NO. 8:22-cv-1275-SDM-TGW

LLOYD AUSTIN, Secretary of the
Department of Defense, et al.,

    Defendants.
_____/

## ORDER

The defendants move (Doc. 252) to stay this action pending the resolution of proposed legislation directly pertinent to this action. The plaintiffs oppose the requested stay. In accord with a previous order (Doc. 63), the parties mediated before Magistrate Judge Anthony E. Porcelli, who reports an agreement implemented by this order. The defendants' motion is **GRANTED-IN-PART**, and this action is **STAYED** as follows:

1. The plaintiffs may respond to the defendants' motion (Doc. 250) for a protective order no later than **DECEMBER 16, 2022**.

2. The parties must reschedule each outstanding deposition, including the depositions of the plaintiffs' expert, the defendants' expert, the defendants' Rule 30(b)(6) witness, and a lieutenant general. Each rescheduled deposition must

begin no sooner than January 2, 2023, and the parties must complete all depositions by January 13, 2023.

3. If the plaintiffs' expert is unavailable from January 2, 2023, through January 13, 2023, the plaintiffs must present the expert for deposition on December 26, 2022, or December 27, 2022.

4. If the plaintiffs' expert remains unavailable for a deposition, the plaintiffs may not call the expert at trial.

5. The deposition of the lieutenant general will occur on either January 12, 2023, or January 13, 2023.

6. The defendants must remain prepared to present for deposition a Rule 30(b)(6) witness for the revised Topic 1.

7. If an order specifies another topic for deposition, the defendants must use their best effort to timely identify and prepare a witness.

8. A party may file a *Daubert* motion no later than **JANUARY 13, 2023**.

9. The parties must meet and confer about any remaining discovery request and must as soon as practical file any necessary motion to resolve a discovery dispute.

10. The trial date remains unchanged.

ORDERED in Tampa, Florida, on December 14, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE