UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLONEL FINANCIAL MANAGEMENT
OFFICER, et al., on behalf of himself and
others similarly situated,

    Plaintiffs,

v.                                                  CASE NO. 8:22-cv-1275-SDM-TGW

LLOYD AUSTIN, Secretary of the
Department of Defense, et al.,

    Defendants.
_____/

## ORDER

    The defendants in a "time-sensitive" motion (Doc. 256) request a stay as a result of the recently passed National Defense Authorization Act, which the president apparently will sign soon; which includes Section 525, titled "Rescission of COVID-19 Vaccination Mandate;" and which directs the Secretary of Defense to:

> rescind the mandate that members of the Armed Forces be vaccinated against COVID-19 pursuant to the memorandum dated August 24, 2021, regarding "Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members[."]

    The motion's Local Rule 3.01(g) certificate states that the plaintiffs will respond no later than December 29, 2022, which is a reasonable response time in the circumstances (of course, an earlier response is preferred, but December 29 is acceptable).

Also, the defendants request a resolution of their motion promptly after receipt of the plaintiffs' response. The request is **GRANTED**. The parties should confer and agree to a time on **DECEMBER 30, 2022**, at which a video-conference hearing on the motion can occur.

ORDERED in Tampa, Florida, on December 22, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE