## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

**COLONEL FINANCIAL MANAGEMENT OFFICER,** *et al.*,

               Plaintiffs,

   v.

**LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*,

               Defendants.

Case No. 8:22-cv-1275 (SDM/TGW)

## NOTICE OF CONFERRAL

In accordance with the Court's Order dated Dec. 22, 2022, ECF No. 257, Defendants hereby notify the Court that counsel for the parties have conferred about a time on DECEMBER 30, 2022, at which a video-conference hearing on the motion can occur. Counsel for the parties are available in the morning and jointly propose 9:30am, or another time convenient for the Court.

Dated: December 23, 2022

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

Respectfully submitted,

*/s/ Amy. E. Powell*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
MICHAEL P. CLENDENEN
LIAM HOLLAND
CATHERINE M. YANG
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919)856-4013

Email: amy.powell@usdoj.gov
*Counsel for Defendants*