UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - GENERAL

| CASE NO.: | 22-cv-1275-SDM-TGW | DATE: | December 30, 2022 |
|---|---|---|---|
| HONORABLE STEVEN D. MERRYDAY<br>HONORABLE THOMAS G. WILSON | | INTERPRETER: | |
| **COLONEL FINANCIAL MANAGEMENT OFFICER, et al.**<br><br>**v.**<br><br>**AUSTIN III, et al.** | | LANGUAGE: | |
| | | PLAINTIFF COUNSEL:<br>Roger Gannam, Daniel Schmid, Hugh Phillips, Harry Mihet | |
| | | DEFENSE COUNSEL<br>Amy Powell | |
| COURT REPORTER: Becky Sabo | | DEPUTY CLERK: | Derek Young |
| TIME: | 11:00 AM – 11:47 AM   TOTAL:   47 mins | COURTROOM: | ZOOM |

### PROCEEDINGS: STATUS CONFERENCE

All parties present and identified for the record.

Amy Powell gives statement regarding (Doc.256) Emergency Motion to Stay All Proceedings.

Roger Gannam gives argument against (Doc. 256).

Judge Wilson addresses counsel.

The court takes the issue under advisement and will issue an order accordingly.

The motions deadline (Doc. 236) is extended for two weeks.