UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLONEL FINANCIAL MANAGEMENT
OFFICER, et al., on behalf of himself and others
similarly situated,

    Plaintiffs,

v.                                               CASE NO. 8:22-cv-1275-SDM-TGW

LLOYD AUSTIN, Secretary of the
Department of Defense, et al.,

    Defendants.
_____/

## ORDER

The defendants move (Doc. 256) to stay because the National Defense Authorization Act for Fiscal Year 2023 requires the Secretary of the Department of Defense within thirty days to rescind the August 24, 2021 COVID-19 vaccine mandate. The motion requests a stay of all deadlines, "including those related to discovery and the January 2023 trial," for forty-five days. The plaintiffs oppose (Doc. 260), and a hearing occurred on December 30, 2022 at 11:00 A.M.

For the reasons explained during the hearing, the request for a continuance of the trial is **GRANTED**. The bench trial is re-scheduled to begin **FEBRUARY 27, 2023**, and the dispositive motion deadline is extended until **JANUARY 18, 2023**. But the balance of the motion — the request (Doc. 256) to stay discovery and all other deadlines is — **DENIED**. If after a good faith conferral the parties cannot

resolve the pending disputes about the scheduling and scope of the depositions and other discovery, a party may move for relief and receive prompt resolution from the magistrate judge.

    ORDERED in Tampa, Florida, on December 30, 2022.

> _[signature]_
> STEVEN D. MERRYDAY
> UNITED STATES DISTRICT JUDGE