IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **COLONEL FINANCIAL MANAGEMENT OFFICER**, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*,<br><br>    Defendants. | Case No. 8:22-cv-1275 (SDM/TGW) |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**

Defendants respectfully request leave to file a supplemental memorandum in support of their Motion for a Protective Order, ECF No. 250, to address two topics: the National Defense Authorization Act, and prior deposition testimony. Plaintiffs oppose this motion.

First, at the time of the filing of the motion, the James M. Inhofe National Defense Authorization Act for Fiscal Year 2023 (or "NDAA") had not yet passed. *See* Pub. L. No. 117-263, § 525 (Dec. 23, 2022), 136 Stat 2395. The NDAA requires rescission of the order that service members be vaccinated for COVID-19, and fundamentally changes the need for further testimony on the topics proposed by Plaintiffs. A supplemental memorandum will address the relevance of the proposed topics in light of the NDAA.

Second, Plaintiffs' memorandum in opposition cites but fails to attach transcripts of deposition testimony of Col Jeppe, Col Rans and RADM Gillingham.

1

*See* ECF No. 255. The Gillingham transcript was unavailable at the time but is available now. Defendants' proposed supplemental memorandum will explain that Plaintiffs' characterizations of testimony from all three depositions are misleading and will attach relevant excerpts from the transcripts.

Defendants therefore respectfully seek leave to file a supplemental memorandum addressing both of these topics. Extended argument is not necessary on either point, and Defendants propose to file a supplemental memorandum of no more than 5 pages (and excerpts from the deposition transcripts) on or before Friday, January 6, 2023.

Dated: January 4, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

Respectfully submitted,

*/s/ Amy. E. Powell*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
MICHAEL P. CLENDENEN
LIAM HOLLAND
CATHERINE M. YANG
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919)856-4013
Email: amy.powell@usdoj.gov
*Counsel for Defendants*