IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **COLONEL FINANCIAL MANAGEMENT OFFICER,** *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>**LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 8:22-cv-1275 (SDM/TGW) |

**JOINT MOTION FOR SCHEDULING ORDER**

At the hearing on December 30, 2022, and in the Order dated the same day, the Court suggested that the parties engage in further "good faith conferral" to resolve "disputes about the scheduling and scope of the depositions and other discovery," and raise unresolved disputes with the Magistrate. *See* ECF No. 262. Counsel for the parties have conferred by telephone and email, and jointly request a scheduling order that: permits completion of the remaining depositions on or before February 8, 2023; extends the deadline for a pretrial report to February 15, 2023; and sets a pretrial conference for February 21, 2023 (or on a date convenient to the Court after February 15, 2023).

Based on the proposed scheduling order and the scheduling needs of witnesses and counsel, and absent further order of the Court or agreement of the parties, the parties currently anticipate completing all remaining depositions on or before February 8, 2023, including the following:

- Col Reid on January 27, 2023;

1

- Dr. Mahon on February 6, 2023;

- LtGen Ottignon on February 8, 2023.[1]

The parties therefore respectfully request entry of a scheduling order in accordance with the foregoing.[2]

Dated: January 6, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ Amy. E. Powell
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
MICHAEL P. CLENDENEN
LIAM HOLLAND
CATHERINE M. YANG
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919)856-4013
Email: amy.powell@usdoj.gov
Counsel for Defendants

/s/ Roger K. Gannam
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid*
Richard L. Mast*
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@LC.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org
rmast@lc.org
*Admitted specially
Counsel for Plaintiffs

---

[1] Plaintiffs have approached Defendants about deposition of an additional witness, and the parties are discussing whether the issue needs to be resolved before the magistrate.

[2] Defendants reserve the right to seek further stay or extension based on implementation of the NDAA. Plaintiffs reserve the right to oppose any such further stay or extension.