UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLONEL FINANCIAL
MANAGEMENT OFFICER, et al.,

    Plaintiffs,

v.                              CASE NO. 8:22-cv-1275-SDM-TGW

LLOYD AUSTIN, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE came on for consideration upon the Joint Motion for Scheduling Order (Doc. 265).

The parties jointly seek extensions of various deadlines and that the scheduling order be amended accordingly (id., p. 1). Given that the parties have agreed to the proposed dates, this request will be granted.

It is, therefore, upon consideration,

ORDERED:

That the Joint Motion for Scheduling Order (Doc. 265) be, and the same is hereby, **GRANTED**. Thus, the new deadlines are as follows:

    1. The parties shall complete the remaining depositions **on or before February 8, 2023**.

2. The pretrial report shall be filed **on or before February 15, 2023**.

3. The in-person pretrial conference is **SCHEDULED** for **February 21, 2023, at 2:30 p.m.**, in Courtroom 12A, United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

DONE and ORDERED at Tampa, Florida, this 6th day of January, 2023.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE