IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **COLONEL FINANCIAL MANAGEMENT OFFICER,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*, <br><br> Defendants. | Case No. 8:22-cv-1275 (SDM/TGW) |
| **NAVY SEAL 1,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*, <br><br> Defendants. | Case No. 8:21-cv-2429 (SDM/TGW) |

**DEFENDANTS' NOTICE OF RESCISSION OF DOD COVID-19 VACCINATION REQUIREMENT**

Pursuant to the Order dated January 10, 2023, ECF No. 268, Defendants hereby notify the Court that on January 10, 2023, the Secretary of Defense implemented Section 525 of the James M. Inhofe National Defense Authorization Act for Fiscal Year 2023 ("NDAA"). *See* Pub. L. No. 117-263, § 525 (Dec. 23, 2022), 136 Stat 2395. Section 525 of the NDAA directs the Secretary, within 30 days, to rescind the August 2021 memorandum requiring vaccination of service members for COVID-19. On January 10, 2023, the Secretary signed the attached memorandum, rescinding

1

the August 2021 mandate. *See* Exhibit A. The rescission memorandum prohibits separations based solely on refusal of the COVID-19 vaccine by service members who sought an exemption from the mandate, and directs the Services to update the records of those service members currently serving to "remove any adverse actions solely associated with denials of such requests, including letters of reprimand." The memorandum halts the processing of requests for exemption to the now-defunct mandate.

The Court further directed Defendants to "address mootness" in a 15-page brief in both actions within seven days of the filing of this notice. Accordingly, Defendants currently intend to file briefs in each case on or before January 18, 2023.

Dated: January 11, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

Respectfully submitted,

*/s/ Amy. E. Powell*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
MICHAEL P. CLENDENEN
LIAM HOLLAND
CATHERINE M. YANG
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919)856-4013
Email: amy.powell@usdoj.gov
*Counsel for Defendants*