# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **COLONEL FINANCIAL MANAGEMENT OFFICER,** et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as Secretary of U.S. Dep't of Defense, et al.,<br><br>Defendants. | Case No. 8:22-cv-01275-SDM-TGW |

## DECLARATION OF MR. CHAD W. SCHRECENGOST

I, Chad Schrecengost, a government employee of the U.S. Marine Corps (USMC), hereby state and declare as follows:

1. I am a GS-15 in the USMC, currently serving as assigned as the Deputy Director, Manpower Management Division, Manpower and Reserve Affairs. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. As the Deputy Director, Manpower Management Division, Manpower and Reserve Affairs, I oversee our Separations and Retirements Branch of Manpower Management Division, which manages all officer and enlisted separations from the U.S. Marine Corps. I have also been involved in discussions at Manpower and Reserve Affairs that pertain the COVID-19 vaccine mandate and have been briefed on the current statuses of the active duty plaintiffs in this case. Based on my position as the Deputy Director, Manpower Management Division, Manpower and Reserve Affairs, I am aware of the following information regarding named plaintiffs in the captioned litigation:

1

3. Plaintiff Second Lieutenant (2ndLt) submitted a religious accommodation appeal that has not been acted upon. Because the appeal never reached a final decision before the Secretary of Defense COVID-19 vaccine mandate rescission, 2ndLt has not been subject to adverse administrative action. Accordingly, 2ndLt's military record contains no adverse materials related to the COVID-19 vaccine mandate. 2ndLt remains on active duty assigned to The Basic School in Quantico, Virginia.

4. Plaintiff Gunnery Sergeant (GySgt) submitted a religious accommodation appeal that was not actioned before the Secretary of Defense COVID-19 vaccine mandate rescission. Because the appeal never reached a final decision before the vaccine mandate rescission GySgt has not been subject to adverse administrative action. Accordingly, GySgt's military record does not contain any adverse material related to the COVID-19 vaccine mandate. GySgt remains on active duty assigned to Marine Cryptologic Support Battalion in Tampa, Florida.

5. Plaintiff First Lieutenant (1stLt) submitted a religious accommodation request and an appeal and both were denied. Solely as a result of his failure to be vaccinated, 1stLt was placed on the Officer Disciplinary Notebook (ODN)[1] and processed for administrative separation. Accordingly, 1stLt's military record does contain adverse material related to not taking the COVID-19 vaccine. Consistent with the 18 August 2022 order of this court, 1stLt was not discharged. 1stLt remains on active duty and assigned to the 1st Marine Logistics Group at Camp Pendleton, California.

6. Plaintiff Colonel Financial Management Officer (Col FMO) submitted a religious accommodation request and an appeal and both were denied. Solely as a result of his failure to be

---

[1] See Volume 15 "Officer Misconduct and Substandard Performance," Marine Corps Order 5800.16 CH-7 (Legal Support and Administration Manual).

vaccinated, Col FMO was placed on the ODN and was in the process of being notified to show cause at an administrative separation hearing. Consistent with the 18 August 2022 order of this court, administrative separation proceedings that were pending pertaining to Colonel FMO's failure to be vaccinated were halted and no adverse materials were entered into his military record related to the COVID-19 vaccine mandate. Colonel FMO remains on active duty and assigned to Marine Forces Pacific in Hawaii.

7. Plaintiff Captain (Capt) submitted a religious accommodation request and an appeal and both were denied. Capt is not in the ODN for not taking the COVID vaccination and he does not have adverse materials in his military record related to not taking the COVID-19 vaccine. Capt remains on active duty and assigned to Marine Corps Recruit Depot at Parris Island, South Carolina.

8. Plaintiff Captain 2 (Capt 2) submitted a religious accommodation request and an appeal and both were denied. As a result of having his appeal denied during the Secretary of Defense COVID-19 vaccine mandate before it was rescinded, Capt 2 was placed on the ODN. Consistent with the 18 August 2022 order of this court, administrative proceedings pertaining to Capt 2's failure to be vaccinated were paused. Capt 2 does not have adverse materials in his military record related to the COVID-19 vaccine mandate. Capt 2 remains on active duty and assigned to the Expeditionary Warfare School in Quantico, Virginia.

9. Plaintiff Captain 3 (Capt 3) submitted a religious accommodation request and an appeal and both were denied. As a result of having his appeal denied during the Secretary of Defense COVID-19 vaccine mandate before it was rescinded, Capt 3 was placed on the ODN. Capt 3 does not have adverse materials in his military record related to the COVID-19 vaccine

mandate. Capt 3 remains on active duty and assigned to the Expeditionary Warfare School in Quantico, Virginia.

10. Plaintiff Chief Warrant Officer 4 (CWO4) submitted a religious accommodation request and an appeal and both were denied. He was not placed on the ODN and was not subject to adverse administrative action. Accordingly, CWO4's military record does not contain adverse materials related to the COVID-19 vaccine mandate. He remains on active duty assigned to Marine Corps Base Hawaii.

11. Plaintiff LtCol 2 submitted a religious accommodation request and appeal both were denied. Plaintiff LtCol 2 was not subject to any adverse administrative action and she is not on the ODN. She remains on active duty assigned to Marine Corps Forces Special Operations Command (MARSOC). She is currently serving as the Diversity and Inclusion Officer at MARSOC.

12. On 10 January 2023, Secretary of Defense Austin issued Exhibit A, "Rescission of August 24, 2021 and November 30, 2021 Coronavirus Disease 2019 Vaccination Requirements for Members of the Armed Forces." The memo directs "No individuals currently serving in the Armed Forces shall be separated solely on the basis of their refusal to receive the COVID-19 vaccination if they sought an accommodation on religious, administrative, or medical grounds. The Military Departments will update the records of such individuals to remove any adverse actions solely associated with denials of such requests, including letters of reprimand."

13. On 18 January 2023, the Marine Corps issued Exhibit B, MARADMIN 025/23 which directs: (a) That MARADMINs 462/21, 533/21, 612/21, 733/21, and 464/22 are cancelled; (b) Commanders will immediately discontinue administrative separation processing of Marines solely on the grounds that they refused to receive the COVID-19 vaccine, including those with

approved separation letters; (c) Commanders will immediately suspend any new adverse administrative actions associated with refusing the COVID-19 vaccine; and (d) Commanders shall cease any ongoing reviews of requests by current Service members for a religious, administrative, or medical exemption from the COVID-19 vaccine mandate, or appeals of denials of such requests.

14. No Marines were subject to disciplinary action solely on the basis of their refusal to be vaccinated against COVID-19 after the denial of a religious accommodation request.

15. Of the above named Plaintiffs, only 1stLt was subject to adverse administrative action placed into their Official Military Personnel Files. In accordance with the Secretary's memo described above and forthcoming Under Secretary of Defense guidance, the Service is expected to direct that their records will be updated to remove adverse actions. The Service expects that this will also include closing the cases of Officers placed on the ODN solely as a result of their refusal to take the COVID-19 vaccine, indicating a finding of no misconduct, and lifting any personnel holds.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of January, 2023.

*[signature]*
CHAD W. SCHRECENGOST

# Exhibit A



SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

JAN 10 2023

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
                                COMMANDERS OF THE COMBATANT COMMANDS
                                DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Rescission of August 24, 2021 and November 30, 2021 Coronavirus Disease 2019
                  Vaccination Requirements for Members of the Armed Forces

      I am deeply proud of the Department's work to combat the coronavirus disease 2019 (COVID-19). Through your leadership, we have improved the health of our Service members and the readiness of the Force, and we have provided life-saving assistance to the American people and surged support to local health care systems and agencies at all levels of government. The Department has helped ensure the vaccination of many Americans, while simultaneously providing critical and timely acquisition support for life-saving therapeutics, tests, and treatments for COVID-19. We have demonstrated the ability to support and defend the Nation under the most trying of circumstances.

      The Department will continue to promote and encourage COVID-19 vaccination for all Service members. The Department has made COVID-19 vaccination as easy and convenient as possible, resulting in vaccines administered to over two million Service members and 96 percent of the Force — Active and Reserve — being fully vaccinated. Vaccination enhances operational readiness and protects the Force. All commanders have the responsibility and authority to preserve the Department's compelling interests in mission accomplishment. This responsibility and authority includes the ability to maintain military readiness, unit cohesion, good order and discipline, and the health and safety of a resilient Joint Force.

      On December 23, 2022 the James M. Inhofe National Defense Authorization Act (NDAA) for Fiscal Year (FY) 2023 was enacted. Section 525 of the NDAA for FY 2023 requires me to rescind the mandate that members of the Armed Forces be vaccinated against COVID-19, issued in my August 24, 2021 memorandum, "Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members." I hereby rescind that memorandum. I also hereby rescind my November 30, 2021 memorandum, "Coronavirus Disease 2019 Vaccination for Members of the National Guard and the Ready Reserve."

      No individuals currently serving in the Armed Forces shall be separated solely on the basis of their refusal to receive the COVID-19 vaccination if they sought an accommodation on religious, administrative, or medical grounds. The Military Departments will update the records of such individuals to remove any adverse actions solely associated with denials of such requests, including letters of reprimand. The Secretaries of the Military Departments will further cease any ongoing reviews of current Service member religious, administrative, or medical accommodation requests solely for exemption from the COVID-19 vaccine or appeals of denials of such requests.

Religious liberty is a foundational principle of enduring importance in America, enshrined in our Constitution and other sources of Federal law. Service members have the right to observe the tenets of their religion or to observe no religion at all, as provided in applicable Federal law and Departmental policy. Components shall continue to apply the uniform standards set forth in DoD Instruction 1300.17, "Religious Liberty in the Military Services."

Other standing Departmental policies, procedures, and processes regarding immunizations remain in effect. These include the ability of commanders to consider, as appropriate, the individual immunization status of personnel in making deployment, assignment, and other operational decisions, including when vaccination is required for travel to, or entry into, a foreign nation.

For Service members administratively discharged on the sole basis that the Service member failed to obey a lawful order to receive a vaccine for COVID-19, the Department is precluded by law from awarding any characterization less than a general (under honorable conditions) discharge. Former Service members may petition their Military Department's Discharge Review Boards and Boards for Correction of Military or Naval Records to individually request a correction to their personnel records, including records regarding the characterization of their discharge.

The Under Secretary of Defense for Personnel and Readiness shall issue additional guidance to ensure uniform implementation of this memorandum, as appropriate.

The Department's COVID-19 vaccination efforts will leave a lasting legacy in the many lives we saved, the world-class Force we have been able to field, and the high level of readiness we have maintained, amidst difficult public health conditions. Our efforts were possible due, first and foremost, to the strength and dedication of our people. I remain profoundly greatful to the men and women of the Department of Defense for their efforts to protect our Force, the Department of Defense community, and to aid the American people.

*[signature]*

# Exhibit B

# RESCISSION OF COVID-19 VACCINATION REQUIREMENT

Date Signed: 1/18/2023 | MARADMINS Number: 025/23

MARADMINS : 025/23

```
R 181130Z JAN 23
MARADMIN 025/23
MSGID/GENADMIN/CMC WASHINGTON DC PPO//
SUBJ/RESCISSION OF COVID-19 VACCINATION REQUIREMENT//
REF/A/DOC/SECDEF/10JAN23//
REF/B/MARADMIN/CMC/01SEP21//
REF/C/MARADMIN/CMC/07OCT21//
REF/D/MARADMIN/CMC/23OCT21//
REF/E/MARADMIN/CMC/22DEC21//
REF/F/MARADMIN/CMC/14SEP22//
REF/G/DOC/DODI/23JUL19//
REF/H/DOC/USN/07OCT13//
NARR/ REF A IS OSD MEMO, RESCISSION OF 24 AUG 2021 CORONAVIRUS DISEASE 2019 VACCINATION
REQUIREMENT. REF B IS MARADMIN 462/21, MANDATORY COVID-19 VACCINATION OF MARINE CORPS
ACTIVE AND RESERVE COMPONENTS. REF C IS MARDADMIN 533/21, SUPPLEMENTAL GUIDANCE TO
MANDATORY COVID-19 VACCINATION OF MARINE CORPS ACTIVE AND RESERVE COMPONENTS. REF D IS
MARADMIN 612/21, SUPPLEMENTAL GUIDANCE (2) TO MANDATORY COVID-19 VACCINATION OF MARINE
CORPS ACTIVE AND RESERVE COMPONENTS. REF E IS MARADMIN 733/21, CHANGE 1 TO SUPPLEMENTAL
GUIDANCE (2) TO MANDATORY COVID-19 VACCINATION OF MARINE CORPS ACTIVE DUTY AND RESERVE
COMPONENTS. REF F IS MARADMIN 464/22, INTERIM GUIDANCE REGARDING MARINES REQUESTING
```

RELIGIOUS ACCOMMODATION FROM COVID-19 VACCINATION REQUIREMENTS. REF G IS DODINST 6205.02, DOD IMMUNIZATION PROGRAM. REF H IS BUMEDINST 6230.15B, JOINT REGULATION ON IMMUNIZATIONS AND CHEMOPROPHYLAXIS FOR THE PREVENTION OF INFECTIOUS DISEASES.//
POC/MANPOWER AND RESERVE AFFAIRS/HQMC/M&RA/CHIEF OF STAFF/ TEL: 703-432-9551/EMAIL: ZACHARY.SCHMIDT@USMC.MIL//
POC/MARINE CORPS COVID-19 CELL/HQMC/PP&O/MCCC/TEL: 703-571-1054/EMAIL: NATHAN.BOYAR@USMC.MIL//
POC/MARINE CORPS OPERATIONS CENTER/HQMC/PP&O/MCOC WATCH OFFICER/TEL: 703-695-5454/EMAIL: HQMC.MCC2@USMC.MIL//
POC/JUDGE ADVOCATE DIVISION/HQMC/CIVIL AND ADMINISTRATIVE LAW BRANCH/TEL: 703-614-2510/EMAIL: JCA@USMC.MIL//
POC/DRISCOLL, SEAN/CDR/HQMC/HS/DIRECTOR OF PUBLIC HEALTH/TEL: 703-604-4602/EMAIL: SEAN.DRISCOLL@USMC.MIL//
GENTEXT/REMARKS/1.  With the publication of reference (a), MARADMINs 462/21, 533/21, 612/21, 733/21, and 464/22 are hereby cancelled.  This MARADMIN provides direction for implementation of updated Secretary of Defense (SECDEF) guidance regarding the rescission of the COVID-19 vaccination requirement.
2.  Background.  On 10 January 2023, the U.S. Secretary of Defense issued updated guidance, rescinding the mandate that members of the armed forces be vaccinated against COVID-19.
3. Execution.  Pursuant to reference (a), the Marine Corps Total Force is no longer subject to a Defense Department-wide COVID-19 vaccination mandate.
3.a.  Per reference (a), the Department will still continue to promote and encourage COVID-19 vaccination for all Service members.
3.b.  Commanders will immediately discontinue administrative separation processing of Marines solely on the grounds that they refused to receive the COVID-19 vaccine, including those with approved separation letters.
3.c.  Commanders will immediately suspend any new adverse administrative actions associated with refusing the COVID-19 vaccine.
3.d.  Commanders shall cease any ongoing reviews of requests by current Service members for a religious, administrative, or medical exemption from the COVID-19 vaccine mandate,

or appeals of denials of such requests.
4.  Further implementation guidance will be provided via MARADMIN.
5.  This MARADMIN is applicable to the Marine Corps Total Force.
6.  This MARADMIN remains in effect until canceled.
7.  Release authorized by Lieutenant General D.J. Furness, Deputy Commandant, Plans, Policies, and Operations.//