# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **NAVY SEAL 1**, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>**LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*,<br><br>                Defendants. | Case No. 8:21-cv-2429 (SDM/TGW) |

### DECLARATION OF CAPT MERY-ANGELA SANABRIA KATSON

I, CAPT Mery-Angela S. Katson, U.S. Navy (USN), hereby state and declare as follows:

1. I am a captain in the USN, currently serving as the Branch Head, Enlisted Plans and Policy (OPNAV N132), located in Arlington, Virginia. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. As the Branch Head at OPNAV N132, I am responsible for enlisted plans and policy for the Navy, and have additional duties relating to the processing of religious accommodation requests and administration of policies relating to the COVID-19 vaccine mandate. In these roles I have access to personnel management resources at Navy Personnel Command, where service records and separation actions are administered. Based on my position, I am aware of the following information regarding Plaintiff Navy Commander in the captioned litigation.

3. Plaintiff Navy Commander submitted a religious accommodation request and appeal that were denied. Consistent with this Court's February 18, 2022 order (ECF 111), no discipline has been imposed based on his failure to be vaccinated and administrative separation

proceedings have not been initiated.  He remains on active duty and is assigned as a student at Joint Advanced Warfighting School in Norfolk, Virginia.

    4.       On January 10, 2023, Secretary of Defense Austin issued Exhibit A, "Rescission of August 24, 2021 and November 30, 2021 Coronavirus Disease 2019 Vaccination Requirements for Members of the Armed Forces."  The memo directs "No individuals currently serving in the Armed Forces shall be separated solely on the basis of their refusal to receive the COVID-19 vaccination if they sought an accommodation on religious, administrative, or medical grounds.  The Military Departments will update the records of such individuals to remove any adverse actions solely associated with denials of such requests, including letters of reprimand."

    5.       On January 11, 2023, the Navy issued Exhibit B, NAVADMIN 005/23, which canceled NAVADMIN 190/21, Navy's Mandatory COVOD-19 Vaccination and Reporting Policy.  NAVADMIN 005/23 directs all commands to immediately discontinue administrative separation processing of Navy personnel solely for refusing the COVID-19 vaccine, including those with approved separation letters.  All commands will also immediately suspend any new adverse administrative actions associated with refusing the COVID-19 vaccine.  NAVADMIN 005/23 announces that additional detailed guidance regarding implementation of this policy will be promulgated via future NAVADMIN.

    6.       Currently serving Navy personnel with religious accommodation requests who were subject to adverse administrative action solely on the basis of their refusal to be vaccinated against COVID-19 will have such adverse records removed consistent with Secretary Austin's rescission memo of January 10, 2023 and further Under Secretary of Defense for Personnel and Readiness and Navy implementation guidance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of January, 2023.

Mery-Angela Sanabria Katson
Captain, U.S. Navy

# Exhibit A



SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

JAN 10 2023

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
                              COMMANDERS OF THE COMBATANT COMMANDS
                              DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Rescission of August 24, 2021 and November 30, 2021 Coronavirus Disease 2019
                  Vaccination Requirements for Members of the Armed Forces

      I am deeply proud of the Department's work to combat the coronavirus disease 2019 (COVID-19). Through your leadership, we have improved the health of our Service members and the readiness of the Force, and we have provided life-saving assistance to the American people and surged support to local health care systems and agencies at all levels of government. The Department has helped ensure the vaccination of many Americans, while simultaneously providing critical and timely acquisition support for life-saving therapeutics, tests, and treatments for COVID-19. We have demonstrated the ability to support and defend the Nation under the most trying of circumstances.

      The Department will continue to promote and encourage COVID-19 vaccination for all Service members. The Department has made COVID-19 vaccination as easy and convenient as possible, resulting in vaccines administered to over two million Service members and 96 percent of the Force — Active and Reserve — being fully vaccinated. Vaccination enhances operational readiness and protects the Force. All commanders have the responsibility and authority to preserve the Department's compelling interests in mission accomplishment. This responsibility and authority includes the ability to maintain military readiness, unit cohesion, good order and discipline, and the health and safety of a resilient Joint Force.

      On December 23, 2022 the James M. Inhofe National Defense Authorization Act (NDAA) for Fiscal Year (FY) 2023 was enacted. Section 525 of the NDAA for FY 2023 requires me to rescind the mandate that members of the Armed Forces be vaccinated against COVID-19, issued in my August 24, 2021 memorandum, "Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members." I hereby rescind that memorandum. I also hereby rescind my November 30, 2021 memorandum, "Coronavirus Disease 2019 Vaccination for Members of the National Guard and the Ready Reserve."

      No individuals currently serving in the Armed Forces shall be separated solely on the basis of their refusal to receive the COVID-19 vaccination if they sought an accommodation on religious, administrative, or medical grounds. The Military Departments will update the records of such individuals to remove any adverse actions solely associated with denials of such requests, including letters of reprimand. The Secretaries of the Military Departments will further cease any ongoing reviews of current Service member religious, administrative, or medical accommodation requests solely for exemption from the COVID-19 vaccine or appeals of denials of such requests.

Religious liberty is a foundational principle of enduring importance in America, enshrined in our Constitution and other sources of Federal law. Service members have the right to observe the tenets of their religion or to observe no religion at all, as provided in applicable Federal law and Departmental policy. Components shall continue to apply the uniform standards set forth in DoD Instruction 1300.17, "Religious Liberty in the Military Services."

Other standing Departmental policies, procedures, and processes regarding immunizations remain in effect. These include the ability of commanders to consider, as appropriate, the individual immunization status of personnel in making deployment, assignment, and other operational decisions, including when vaccination is required for travel to, or entry into, a foreign nation.

For Service members administratively discharged on the sole basis that the Service member failed to obey a lawful order to receive a vaccine for COVID-19, the Department is precluded by law from awarding any characterization less than a general (under honorable conditions) discharge. Former Service members may petition their Military Department's Discharge Review Boards and Boards for Correction of Military or Naval Records to individually request a correction to their personnel records, including records regarding the characterization of their discharge.

The Under Secretary of Defense for Personnel and Readiness shall issue additional guidance to ensure uniform implementation of this memorandum, as appropriate.

The Department's COVID-19 vaccination efforts will leave a lasting legacy in the many lives we saved, the world-class Force we have been able to field, and the high level of readiness we have maintained, amidst difficult public health conditions. Our efforts were possible due, first and foremost, to the strength and dedication of our people. I remain profoundly grateful to the men and women of the Department of Defense for their efforts to protect our Force, the Department of Defense community, and to aid the American people.

# Exhibit B

```
CLASSIFICATION: UNCLASSIFIED//
ROUTINE
R 112139Z JAN 23 MID600052628036U
FM CNO WASHINGTON DC
TO NAVADMIN
INFO CNO WASHINGTON DC
BT
UNCLAS

NAVADMIN 005/23

PASS TO OFFICE CODES:
FM CNO WASHINGTON DC//N1//
INFO CNO WASHINGTON DC//N1//
MSGID/GENADMIN/CNO WASHINGTON DC/N1/JAN//

SUBJ/REMOVAL OF COVID-19 VACCINATION MANDATE//

REF/A/DOC/NDAA-FY23/HR 7900//
REF/B/DOC/SECDEF/10JAN23//
REF/C/MSG/CNO WASHINGTON DC/311913ZAUG21//
REF/D/MSG/CNO WASHINGTON DC/132050ZOCT21//
REF/E/MSG/CNO WASHINGTON DC/152239ZNOV21//
REF/F/MSG/CNO WASHINGTON DC/151203ZDEC21//
REF/G/MSG/CNO WASHINGTON DC/302215ZMAR22//

NARR/REF A IS THE NATIONAL DEFENSE AUTHORIZATION ACT FOR FY-23.
REF B IS SECDEF MEMO TITLED RESCISSION OF COVID-19 VACCINATION REQUIREMENT
FOR MEMBERS OF THE ARMED FORCES.
REF C IS NAVADMIN 190/21, 2021-2022 NAVY MANDATORY COVID-19 VACCINATION AND
REPORTING POLICY.
REF D IS NAVADMIN 225/21, COVID-19 CONSOLIDATED DISPOSITION AUTHORITY (CCDA).
REF E IS NAVADMIN 256/21, CCDA GUIDANCE TO COMMANDERS.
REF F IS NAVADMIN 283/21, CCDA EXECUTION GUIDANCE TO COMMANDERS.
REF G NAVADMIN 083/22, CCDA INTERIM GUIDANCE REGARDING MEMBERS REQUESTING
RELIGIOUS ACCOMMODATION FROM COVID-19 VACCINATION REQUIREMENTS.

RMKS/1.  On 23 December 2022, reference (a) directed the Secretary of Defense
(SecDef) to rescind the coronavirus disease 2019 (COVID-19) vaccination
mandate within 30 days.  On 10 January 2023, SecDef rescinded the mandate for
all branches of the armed forces in line with reference (b).  The actions
below align the Navy with this guidance.
a.  Cancel reference (c).
b.  All commands will immediately discontinue administrative separation
processing of Navy Service Members solely for refusing the COVID-19 vaccine,
including those with approved separation letters.
c.  All commands will immediately suspend any new adverse administrative
actions associated with refusing the COVID-19 vaccine as described in
references (c) through (g).

2.  Updated operational guidance will be promulgated in a follow-on standard
operational guidance serial.

3.  Additional detailed guidance regarding implementation of this policy will
be promulgated via future NAVADMIN.

4.  Released by Vice Admiral Richard J. Cheeseman, Jr., N1.//
```

```
BT
#0001
NNNN
CLASSIFICATION: UNCLASSIFIED//
```