# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**COLONEL FINANCIAL MANAGEMENT OFFICER**, et al.,

Plaintiffs,

v.

**LLOYD J. AUSTIN, III**, in his official capacity as Secretary of U.S. Dep't of Defense, et al.,

Defendants.

Case No. 8:22-cv-01275-SDM-TGW

### DECLARATION OF CAPTAIN EDWARD PINGEL

I, Captain Edward J. Pingel, U.S. Marine Corps (USMC), hereby state and declare as follows:

1. I am a Captain in the USMC, currently serving as a Marine Officer Instructor (MOI) at the Norwich University Naval Reserve Officer Training Corps (NROTC). I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. As the MOI at Norwich NROTC, I am responsible for advising, training, and mentoring all aspiring Midshipmen seeking a commission in the USMC. Based on my position as the advisor, I am aware of the following information regarding named plaintiff in the captioned litigation.

3. Plaintiff MIDN 2/C submitted a religious accommodation request and appeal that was denied. She was not subject to any adverse administrative action as a result of her refusal to take the COVID-19 vaccination. Her unvaccinated status no longer prevents her from attending Officer Candidates School.

1

4. On 10 January 2023, Secretary of Defense Austin issued Exhibit A, "Rescission of August 24, 2021 and November 30, 2021 Coronavirus Disease 2019 Vaccination Requirements for Members of the Armed Forces." The memo directs "No individuals currently serving in the Armed Forces shall be separated solely on the basis of their refusal to receive the COVID-19 vaccination if they sought an accommodation on religious, administrative, or medical grounds. The Military Departments will update the records of such individuals to remove any adverse actions solely associated with denials of such requests, including letters of reprimand."

5. On 18 January 2023, the Marine Corps issued Exhibit B, MARADMIN 025/23 which directs: (a) That MARADMINs 462/21, 533/21, 612/21, 733/21, and 464/22 are cancelled; (b) Commanders will immediately discontinue administrative separation processing of Marines solely on the grounds that they refused to receive the COVID-19 vaccine, including those with approved separation letters; (c) Commanders will immediately suspend any new adverse administrative actions associated with refusing the COVID-19 vaccine; and (d) Commanders shall cease any ongoing reviews of requests by current Service members for a religious, administrative, or medical exemption from the COVID-19 vaccine mandate, or appeals of denials of such requests.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of January, 2023.

EDWARD J. PINGEL
CAPTAIN, U.S. Marine Corps

# Exhibit A



SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

JAN 10 2023

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
                              COMMANDERS OF THE COMBATANT COMMANDS
                              DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Rescission of August 24, 2021 and November 30, 2021 Coronavirus Disease 2019 Vaccination Requirements for Members of the Armed Forces

       I am deeply proud of the Department's work to combat the coronavirus disease 2019 (COVID-19). Through your leadership, we have improved the health of our Service members and the readiness of the Force, and we have provided life-saving assistance to the American people and surged support to local health care systems and agencies at all levels of government. The Department has helped ensure the vaccination of many Americans, while simultaneously providing critical and timely acquisition support for life-saving therapeutics, tests, and treatments for COVID-19. We have demonstrated the ability to support and defend the Nation under the most trying of circumstances.

       The Department will continue to promote and encourage COVID-19 vaccination for all Service members. The Department has made COVID-19 vaccination as easy and convenient as possible, resulting in vaccines administered to over two million Service members and 96 percent of the Force — Active and Reserve — being fully vaccinated. Vaccination enhances operational readiness and protects the Force. All commanders have the responsibility and authority to preserve the Department's compelling interests in mission accomplishment. This responsibility and authority includes the ability to maintain military readiness, unit cohesion, good order and discipline, and the health and safety of a resilient Joint Force.

       On December 23, 2022 the James M. Inhofe National Defense Authorization Act (NDAA) for Fiscal Year (FY) 2023 was enacted. Section 525 of the NDAA for FY 2023 requires me to rescind the mandate that members of the Armed Forces be vaccinated against COVID-19, issued in my August 24, 2021 memorandum, "Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members." I hereby rescind that memorandum. I also hereby rescind my November 30, 2021 memorandum, "Coronavirus Disease 2019 Vaccination for Members of the National Guard and the Ready Reserve."

       No individuals currently serving in the Armed Forces shall be separated solely on the basis of their refusal to receive the COVID-19 vaccination if they sought an accommodation on religious, administrative, or medical grounds. The Military Departments will update the records of such individuals to remove any adverse actions solely associated with denials of such requests, including letters of reprimand. The Secretaries of the Military Departments will further cease any ongoing reviews of current Service member religious, administrative, or medical accommodation requests solely for exemption from the COVID-19 vaccine or appeals of denials of such requests.

Religious liberty is a foundational principle of enduring importance in America, enshrined in our Constitution and other sources of Federal law. Service members have the right to observe the tenets of their religion or to observe no religion at all, as provided in applicable Federal law and Departmental policy. Components shall continue to apply the uniform standards set forth in DoD Instruction 1300.17, "Religious Liberty in the Military Services."

Other standing Departmental policies, procedures, and processes regarding immunizations remain in effect. These include the ability of commanders to consider, as appropriate, the individual immunization status of personnel in making deployment, assignment, and other operational decisions, including when vaccination is required for travel to, or entry into, a foreign nation.

For Service members administratively discharged on the sole basis that the Service member failed to obey a lawful order to receive a vaccine for COVID-19, the Department is precluded by law from awarding any characterization less than a general (under honorable conditions) discharge. Former Service members may petition their Military Department's Discharge Review Boards and Boards for Correction of Military or Naval Records to individually request a correction to their personnel records, including records regarding the characterization of their discharge.

The Under Secretary of Defense for Personnel and Readiness shall issue additional guidance to ensure uniform implementation of this memorandum, as appropriate.

The Department's COVID-19 vaccination efforts will leave a lasting legacy in the many lives we saved, the world-class Force we have been able to field, and the high level of readiness we have maintained, amidst difficult public health conditions. Our efforts were possible due, first and foremost, to the strength and dedication of our people. I remain profoundly greatful to the men and women of the Department of Defense for their efforts to protect our Force, the Department of Defense community, and to aid the American people.

# Exhibit B

# RESCISSION OF COVID-19 VACCINATION REQUIREMENT

Date Signed: 1/18/2023 | MARADMINS Number: 025/23

MARADMINS : 025/23

```
R 181130Z JAN 23
MARADMIN 025/23
MSGID/GENADMIN/CMC WASHINGTON DC PPO//
SUBJ/RESCISSION OF COVID-19 VACCINATION REQUIREMENT//
REF/A/DOC/SECDEF/10JAN23//
REF/B/MARADMIN/CMC/01SEP21//
REF/C/MARADMIN/CMC/07OCT21//
REF/D/MARADMIN/CMC/23OCT21//
REF/E/MARADMIN/CMC/22DEC21//
REF/F/MARADMIN/CMC/14SEP22//
REF/G/DOC/DODI/23JUL19//
REF/H/DOC/USN/07OCT13//
NARR/ REF A IS OSD MEMO, RESCISSION OF 24 AUG 2021 CORONAVIRUS DISEASE 2019 VACCINATION
REQUIREMENT. REF B IS MARADMIN 462/21, MANDATORY COVID-19 VACCINATION OF MARINE CORPS
ACTIVE AND RESERVE COMPONENTS. REF C IS MARDADMIN 533/21, SUPPLEMENTAL GUIDANCE TO
MANDATORY COVID-19 VACCINATION OF MARINE CORPS ACTIVE AND RESERVE COMPONENTS. REF D IS
MARADMIN 612/21, SUPPLEMENTAL GUIDANCE (2) TO MANDATORY COVID-19 VACCINATION OF MARINE
CORPS ACTIVE AND RESERVE COMPONENTS. REF E IS MARADMIN 733/21, CHANGE 1 TO SUPPLEMENTAL
GUIDANCE (2) TO MANDATORY COVID-19 VACCINATION OF MARINE CORPS ACTIVE DUTY AND RESERVE
COMPONENTS. REF F IS MARADMIN 464/22, INTERIM GUIDANCE REGARDING MARINES REQUESTING
```

RELIGIOUS ACCOMMODATION FROM COVID-19 VACCINATION REQUIREMENTS. REF G IS DODINST 6205.02, DOD IMMUNIZATION PROGRAM. REF H IS BUMEDINST 6230.15B, JOINT REGULATION ON IMMUNIZATIONS AND CHEMOPROPHYLAXIS FOR THE PREVENTION OF INFECTIOUS DISEASES.//
POC/MANPOWER AND RESERVE AFFAIRS/HQMC/M&RA/CHIEF OF STAFF/ TEL: 703-432-9551/EMAIL: ZACHARY.SCHMIDT@USMC.MIL//
POC/MARINE CORPS COVID-19 CELL/HQMC/PP&O/MCCC/TEL: 703-571-1054/EMAIL: NATHAN.BOYAR@USMC.MIL//
POC/MARINE CORPS OPERATIONS CENTER/HQMC/PP&O/MCOC WATCH OFFICER/TEL: 703-695-5454/EMAIL: HQMC.MCC2@USMC.MIL//
POC/JUDGE ADVOCATE DIVISION/HQMC/CIVIL AND ADMINISTRATIVE LAW BRANCH/TEL: 703-614-2510/EMAIL: JCA@USMC.MIL//
POC/DRISCOLL, SEAN/CDR/HQMC/HS/DIRECTOR OF PUBLIC HEALTH/TEL: 703-604-4602/EMAIL: SEAN.DRISCOLL@USMC.MIL//
GENTEXT/REMARKS/1.  With the publication of reference (a), MARADMINs 462/21, 533/21, 612/21, 733/21, and 464/22 are hereby cancelled.  This MARADMIN provides direction for implementation of updated Secretary of Defense (SECDEF) guidance regarding the rescission of the COVID-19 vaccination requirement.
2.  Background.  On 10 January 2023, the U.S. Secretary of Defense issued updated guidance, rescinding the mandate that members of the armed forces be vaccinated against COVID-19.
3.  Execution.  Pursuant to reference (a), the Marine Corps Total Force is no longer subject to a Defense Department-wide COVID-19 vaccination mandate.
3.a.  Per reference (a), the Department will still continue to promote and encourage COVID-19 vaccination for all Service members.
3.b.  Commanders will immediately discontinue administrative separation processing of Marines solely on the grounds that they refused to receive the COVID-19 vaccine, including those with approved separation letters.
3.c.  Commanders will immediately suspend any new adverse administrative actions associated with refusing the COVID-19 vaccine.
3.d.  Commanders shall cease any ongoing reviews of requests by current Service members for a religious, administrative, or medical exemption from the COVID-19 vaccine mandate,

or appeals of denials of such requests.
4.  Further implementation guidance will be provided via MARADMIN.
5.  This MARADMIN is applicable to the Marine Corps Total Force.
6.  This MARADMIN remains in effect until canceled.
7.  Release authorized by Lieutenant General D.J. Furness, Deputy Commandant, Plans, Policies, and Operations.//