**Table of Exhibits in Support of Defendants' Motion to Dismiss as Moot**

| Exhibit Number | Exhibit Description |
|---|---|
| 1. | Declaration of Chad Schrecengost with attachments (regarding USMC and active duty USMC Plaintiffs) <table><tr><td>1A.</td><td>Rescission Mem.</td></tr><tr><td>1B.</td><td>MARADMIN 025/23</td></tr></table> |
| 2. | Declaration of Captain Mery-Angela S. Katson with attachments (regarding Navy and Navy Commander) <table><tr><td>2A.</td><td>Rescission Mem.</td></tr><tr><td>2B.</td><td>NAVADMIN 005/23</td></tr></table> |
| 3. | Declaration of Colonel Mark S. Jimison with attachments (regarding USMC Reserves Plaintiffs) <table><tr><td>3A.</td><td>Rescission Mem.</td></tr><tr><td>3B.</td><td>MARADMIN 025/23</td></tr></table> |
| 4. | Declaration of Captain Edward J. Pingel with attachments (regarding Midshipman) <table><tr><td>4A.</td><td>Rescission Mem.</td></tr><tr><td>4B.</td><td>MARADMIN 025/23</td></tr></table> |
| 5. | Defs.' Objections and Responses to Plaintiffs' First Set of Interrogatories (appendix omitted) and Verifications. |