UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLONEL FINANCIAL MANAGEMENT
OFFICER, et al., on behalf of himself and others
similarly situated,

    Plaintiffs,

v.                                                   CASE NO. 8:22-cv-1275-SDM-TGW

LLOYD AUSTIN, Secretary of the
Department of Defense, et al.,

    Defendants.
_____/

## **ORDER**

    A January 10, 2023 order (Doc. 268) schedules briefing about the extent to which the Secretary of Defense's rescission of the COVID-19 mandate moots this action and others. Specifically, the January 10 order requires the defendants to brief mootness not later than seven days after the rescission and requires the plaintiffs to respond within seven days after the defendants' brief.

    In accord with the briefing schedule, the defendants move (Doc. 275) to dismiss the action and dissolve the preliminary injunctions as moot. Also, the defendants contemporaneously move (Doc. 276) to stay proceedings pending resolution of mootness. The defendants certify that the plaintiffs oppose a stay but agree to respond to the motion to stay by January 25, 2023, the day on which the plaintiffs' mootness brief is due.

The defendants posit that "[g]iven the rescission of the mandate and the removal of pending and past discipline for Plaintiffs, neither Plaintiffs nor the class can demonstrate prejudice from a brief stay of proceedings to clarify whether any aspect of this case continues." (Doc. 276 at 3) Although a temporary stay might cause some mild (at most) inconvenience, a momentary stay eliminates the unappealing prospect of the parties' continuing commitment of resources to, for example, expedited depositions directed to issues — some, most, or all of which are likely moot. Accordingly, this action is **TEMPORARILY STAYED** as follows.

1. Discovery, including any scheduled deposition, is **TEMPORARILY STAYED**, and the pending discovery motions (Docs. 250, 273, 274) are **DEFERRED** pending further order.

2. All case management deadlines are **STAYED** except for the plaintiffs' deadline to respond to the motion to dismiss and the motion to stay.

3. The trial is **CONTINUED** week-to-week pending resolution of the motion to dismiss and the motion to stay.

In other words, during this temporary stay, the only items that pend for resolution are (1) the defendants' motion to dismiss for mootness and (2) the defendants' motion to stay. In accord with the January 10, 2023 order (Doc. 268) and the Local Rule 3.01(g) certification in the motion to stay, the plaintiffs must respond to each motion not later than **JANUARY 25, 2023**. The parties should remain prepared to

promptly resume all or some of these proceedings, as determined by the order resolving the defendants' two pending motions.

ORDERED in Tampa, Florida, on January 20, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE