UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| COLONEL FINANCIAL MANAGEMENT OFFICER, United States Marine Corps, *et al.*, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LLOYD AUSTIN, in his official capacity as Secretary of the United States Department of Defense, *et al.*,<br><br>Defendants. | No. 8:22-cv-01275 SDM-TGW |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME
TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO
DISMISS ALL CLAIMS AND TO DISSOLVE INJUNCTIONS AS MOOT
AND THIRD MOTION TO STAY PROCEEDINGS**

Plaintiffs, pursuant to Local Rule 3.01, and on an unopposed basis, move the Court to extend Plaintiffs' deadline to respond in opposition to Defendants' Motion to Dismiss All Claims and to Dissolve Injunctions as Moot (Doc. 275) and Third Motion to Stay (Doc. 276) by 7 days, to an including February 1, 2023. In support thereof, Plaintiffs show unto the Court as follows:

1.  On January 10, 2023, this Court entered on order scheduling briefing and a hearing on Defendants' contentions of mootness regarding the NDAA rescission of the vaccine mandate and directing notices of Defendant Austin's official rescission of the mandate. (Doc. 268.)

1

2. In its Order, the Court required Plaintiffs to submit any response to Defendants' brief concerning mootness within seven days. (Doc. 268 at 4.)

3. On January 11, 2023, Defendants filed their Notice (Doc. 270) of the Secretary's rescission of the COVID-19 vaccine requirement, and submitted their Motion to Dismiss All Claims and to Dissolve Injunctions as Moot (Doc. 275) on January 18, 2023.

4. In addition to the Motion to Dismiss (Doc. 275), Defendants also filed a Third Motion to Stay (Doc. 276) on January 18, 2023. In their Local 3.01(g) Certification, Defendants noted Plaintiffs' original consent to file the response to such motion on the same schedule as the mootness briefing. (Doc. 276 at 11.)

5. On January 20, 2023, the Court entered an Order (Doc. 277) temporarily staying all discovery and case management deadlines pending resolution of the motions concerning mootness and a stay, and continuing the trial from week-to-week pending resolution of such motions. (Doc. 277 at 2.)

6. In order to ensure the Court has a full and comprehensive presentation of potentially dispositive adjudications of the pending motions, Plaintiffs respectfully request a one-week (seven-day) extension of time, to and including February 1, 2023 to file their response to the Defendants' Motion to Dismiss All Claims and Dissolve Injunctions as Moot (Doc. 275) and the Third Motion to Stay (Doc. 276).

7. Plaintiffs have been diligently working on their responses to the respective motions, but need a short extension to respond to such motions. In addition to the currently scheduled responses, Plaintiffs' counsel is required to submit an

Opening Brief and Appendix in an appeal currently pending in the Court of Appeals for the District of Columbia on January 20, 2023; to attend a hearing in federal litigation in the United States District Court for the Eastern District of Kentucky on Monday, January 23; and to finalize and file an Opening Brief and Appendix due in a federal appeal at the United States Court of Appeals for the First Circuit on Tuesday, January 24.

8. The instant motion is not brought for purposes of undue delay, and no party will be prejudiced by the relief requested herein. This is the first extension request sought by Plaintiffs for this deadline.

9. Accordingly, for good cause shown, Plaintiffs respectfully request that the Court enter an order extending their deadline to respond to Defendants' Motion to Dismiss and Dissolve All Injunctions as Moot (Doc. 275) and Third Motion to Stay (Doc. 276) by one week (seven days) to and including February 1, 2023.

### Local Rule 3.01(g) Certification

Prior to filing this motion, Plaintiffs' undersigned counsel conferred with Defendants' counsel, and is authorized to represent to the Court that Defendants do not oppose the requested extension of time. The motion is, therefore, **unopposed**.

/s/ Daniel J. Schmid
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid*
Richard L. Mast*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@lc.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org
rmast@lc.org
*Admitted specially
***Attorneys for Plaintiffs***
