## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

**COLONEL FINANCIAL MANAGEMENT OFFICER,** *et al.,*

         Plaintiffs,

    v.

**LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.,*

         Defendants.

Case No. 8:22-cv-1275 (SDM/TGW)

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Defendants respectfully request leave to file a supplemental memorandum and declarations in support of their Motion to Dismiss, ECF No. 275, to address new factual assertions in the Declaration of Daniel Schmid, ECF No. 281-1. Plaintiffs do not oppose the relief sought in this motion.

Defendants' motion to dismiss was accompanied by declarations that established the rescission of the vaccine mandate as applied to the named Plaintiffs in this action. The declarations were made by Marine Corps officials with access to official records and information in their official positions. In response, Plaintiffs submitted a declaration of counsel reporting hearsay of unknown origin that purports to contradict some of the information provided by Defendants and offers new information of purported or speculative ongoing injuries to Plaintiffs (information that in some instances Plaintiffs failed to mention in discovery). Mr. Schmid's declaration is out of date, incomplete, or inaccurate in many respects. For example, he reports

1

that some Plaintiffs continue to suffer adverse effect from being placed on the "Officer Disciplinary Notebook."   Mr. Schmid lacks access to the ODN and personal knowledge of its contents, and is therefore misinformed.  Placement on the Officer Disciplinary Notebook, "a database used to track officer misconduct and substandard performance in the Marine Corps," is not itself a disciplinary measure, and such information is not included in an officer's personnel file.  *See* Marine Corps Order 5800.16, Vol. 15 ¶ 0.10401.  In any event, the Marine Corps has, in fact, closed the cases of Marine officers who were in the ODN solely for failure to comply with the COVID-19 vaccine mandate, and such officers have no record of adverse findings in the ODN.  Prior placement on the ODN is not a disciplinary measure, is not annotated in an officer's official personnel file, and cannot serve as a basis for adverse action. Initial investigation reveals other instances in which the declarant lacks information; examples include:

- Captain 1 and Captain 2 have in fact been offered the opportunity to complete Expeditionary Warfighting School.

- Second Lieutenant is already slated to return to training.

- Gunnery Sergeant does not have any adverse fitness reports in his record.

- Colonel Financial Management Officer was issued a Report of Misconduct, but it was never placed in his record, and will not be.

Defendants are in the process of collecting information from different components of the Marine Corps in order to correct as many of these inaccurate factual

assertions as possible. Defendants therefore respectfully seek leave to file a supplemental memorandum correcting the record and briefly addressing the relevance of these assertions. Extended argument is not necessary, and Defendants propose to file a supplemental memorandum of no more than 5 pages (and accompanying declarations) on or before Tuesday, February 14, 2023.

## LOCAL RULE 3.01(g) CERTIFICATION

On February 8 and 9, 2023, counsel for Defendants conferred via email with Plaintiffs' counsel. Plaintiffs' counsel dispute that there are inaccuracies in Mr. Schmid's declaration, but indicated that Plaintiffs do not oppose the relief sought in this motion.

Dated: February 9, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

Respectfully submitted,

*/s/ Amy. E. Powell*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
MICHAEL P. CLENDENEN
LIAM HOLLAND
CATHERINE M. YANG
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919)856-4013
Email: amy.powell@usdoj.gov
*Counsel for Defendants*