**Table of Additional Exhibits in Support of**

**Defendants' Motion to Dismiss as Moot**

| Exhibit Number | Exhibit Description |
|---|---|
| 6. | Declaration of Sergeant Samantha Wilson (regarding the Officer Disciplinary Notebook) |
| 7. | Declaration of Colonel Eduardo C. Bitanga II (regarding Colonel Financial Management Officer) |
| 8. | Declaration of Lieutenant Colonel Thomas Vallely (regarding Captain 2 and Captain 3) |
| 9. | Declaration of Major Bradley K. Herron (regarding Second Lieutenant) |
| 10. | Declaration of Captain Joseph John Wiegman (regarding Gunnery Sergeant) |
| 11. | Declaration of Commander Sean Michael Driscoll (regarding Gunnery Sergeant) |
| 12. | Declaration of Lieutenant Colonel Timothy F. Riemann (regarding Lance Corporal 3) |