# Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| COLONEL FINANCIAL MANAGEMENT OFFICER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LLOYD J. AUSTIN, III, in his official capacity as Secretary of U.S. Dep't of Defense, et al., <br><br> Defendants. | Case No. 8:22-cv-01275-SDM-TGW |

## DECLARATION OF SAMANTHA WILSON

I, Samantha Wilson, an active duty Marine in the U.S. Marine Corps (USMC), hereby state and declare as follows:

1. I am a Sergeant in the USMC, currently serving as the misconduct noncommissioned officer-in-charge (NCOIC) within the Personnel Law Branch (JPL) at Judge Advocate Division (JAD), Headquarters, U.S. Marine Corps. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. As the misconduct NCOIC in JPL, I have worked on officer misconduct packages solely based on refusing the COVID-19 vaccination. Based on my position as the misconduct NCOIC, I am aware of the following information regarding named plaintiffs in the captioned litigation.

3. Four of the plaintiffs were previously placed in the Officer Disciplinary Notebook (ODN) for failure to comply with an order to be vaccinated for COVID-19. Placement in the ODN, "a database used to track officer misconduct and substandard performance in the Marine

1

Corps," is not in and of itself a disciplinary measure, and the personal information contained within the ODN does not go into officer's official military personnel file (OMPF). See Marine Corps Order 5800.16, Vol. 15 ¶ 0.10401.

4. Adverse material is placed in an officer's OMPF only after allegations are substantiated and a case is closed. Following rescission of the COVID-19 vaccine mandate, the Marine Corps closed the cases of Marine officers who were in the ODN solely for failure to comply with accepting the COVID-19 vaccination and they had submitted a religious accommodation request or medical exemption. Approximately 106 total cases were closed in the ODN as a result of the rescission of the COVID-19 vaccine mandate. That process was complete as of 25 January 2023.

5. Colonel FMO, Captain 2, and Captain 3 were all placed in the ODN for not complying with an order to be vaccinated. Processing of their cases ceased after the COVID-19 preliminary injunction was issued in the subject case. All three of these cases were closed in the ODN as part of the 106 cases closed in January 2023 due to the rescission of the COVID-19 vaccine mandate. Each Officer was provided a letter notifying them the case was closed and that no adverse material would be placed in their OMPFs. Colonel FMO's case was closed on the ODN on 18 January 2023, Captain 2's case was closed on 24 January 2023, and Captain 3's case was closed on 24 January 2023.

6. First Lieutenant's case was already closed; his status is addressed the previously filed declaration of Chad Schrecengost, ECF No. 275-1. None of the other Officer plaintiffs in the above-captioned case were placed in the ODN.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of February, 2023.

Samantha A. Wilson