# Exhibit 7

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **COLONEL FINANCIAL MANAGEMENT OFFICER,** et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as Secretary of U.S. Dep't of Defense, et al.,<br><br>Defendants. | Case No. 8:22-cv-01275-SDM-TGW |

## DECLARATION OF EDUARDO C. BITANGA II

I, Eduardo C. Bitanga II, a government employee of the U.S. Marine Corps (USMC), hereby state and declare as follows:

1. I am a Colonel in the USMC, currently serving as assigned as Commanding Officer, Headquarters and Service Battalion, Marine Forces Pacific. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. As the Commanding Officer, I retain administrative responsibilities for those in the command. These administrative responsibilities included enforcing the requirement for service members to be vaccinated against the COVID-19 virus. Based on my position, I am aware of the following information regarding named plaintiffs in the captioned litigation.

3. I am generally familiar with Col FMO's record, and I have reviewed the Declaration of Daniel Schmidt. Prior to the injunction in this matter, Marine Forces Pacific signed and routed a Report of Misconduct for Col FMO based on his failure to be vaccinated. However, the ROM was not further processed, and Col FMO's misconduct case was closed in

1

accordance with the OSD memo. The ROM is not in his personnel file and will not be placed there; accordingly, he has no adverse action in his record related to his failure to vaccinate.

4. I have also reviewed his entry in CIRRAS, a database that commands can use to track personal issues (e.g., personal relationships and other stressors) that can impact a Marine's safety, well-being, or performance, and can confirm that his failure to be vaccinated is not affecting his current risk assessment. CIRRAS limits access in accordance with laws and regulations to protect the privacy of individuals. CIRRAS contains personally identifiable information and Health Insurance Portability and Accountability Act (HIPAA)-protected information but may be disclosed to the patient upon request at the discretion of the command. Mr. Schmid's assertion that the CIRRAS record is "never visible to the Marine" is inaccurate. COL FMO has not requested to view his status in CIRRAS. I expect his review of his CIRRAS record would alleviate any concerns. Regardless, as a force preservation tool to according to MARADMIN 464/20, "CIRRAS data will not be used for: Performance evaluations, selection processes, promotion processes, or disciplinary proceedings."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of February 2023.

BITANGA.EDUARDO.C.II.1184888404
Digitally signed by BITANGA.EDUARDO.C.II.1184888404
Date: 2023.02.09 13:20:07 -10'00'

Colonel Eduardo C. Bitanga II

2