# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **COLONEL FINANCIAL MANAGEMENT OFFICER,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD J. AUSTIN, III**, in his official capacity as Secretary of U.S. Dep't of Defense, et al., <br><br> Defendants. | Case No. 8:22-cv-01275-SDM-TGW |

## DECLARATION OF LIEUTENANT COLONEL THOMAS VALLELY

I, Thomas Vallely, an active duty Marine in the U.S. Marine Corps (USMC), hereby state and declare as follows:

1. I am a Lieutenant Colonel in the USMC, currently serving as assigned as the Deputy Director of Expeditionary Warfare School (EWS) at Marine Corps University in Quantico, Virginia. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. As the Deputy Director of EWS, I monitor legal issues involving all EWS students. I have worked directly with all EWS students who refused to receive the COVID-19 vaccination. Based on my position as Deputy Director, I am aware of the following information regarding named plaintiffs in the captioned litigation.

3. I am generally familiar with Plaintiffs Captain 2 and Captain 3 and their current assignment to EWS, and I have reviewed the Declaration of Daniel Schmid. The declaration is inaccurate. As of 26 January 2023, both have been offered the opportunity to re-enroll in EWS

1

and complete the course. Captain 2 is requesting assignment to a particular location, and has received orders to that location. Captain 2 has not communicated to me or anyone else in a leadership position at EWS a desire to be re-enrolled in the course. Captain 3 (who is eligible to be considered for promotion) has also requested assignment to a particular location and that request is under consideration. Captain 3 indicated that he would like to be re-enrolled in EWS and Marine Corps University is in the process of re-enrolling him.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of February, 2023.

LtCol Thomas Vallely, USMC