# Exhibit 9

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **COLONEL FINANCIAL MANAGEMENT OFFICER,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD J. AUSTIN, III**, in his official capacity as Secretary of U.S. Dep't of Defense, et al., <br><br> Defendants. | Case No. 8:22-cv-01275-SDM-TGW |

**<u>DECLARATION OF Bradley K. Herron</u>**

I, Bradley K. Herron, an active duty service member in the U.S. Marine Corps (USMC), hereby state and declare as follows:

    1.    I am a Major in the USMC, currently serving as assigned as Company Commander, Company M. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

    2.    As the Company Commander I oversee approximately 200 student officers waiting to return to training, separate from the Marine Corps, or depart to their future duty station. Based on my position as Company Commander, I am aware of the following information regarding named plaintiffs in the captioned litigation.

    3.    I am generally familiar with the record and current assignments of Plaintiff Second Lieutenant, and I have reviewed the declaration of Daniel Schmid. The declaration is inaccurate. On Friday, 20 January 2023 unvaccinated students were told that they would be returning to training based on the rescinding of the COVID-19 vaccine mandate by Congress and

1

2

the Secretary of Defense Memo rescinding COVID-19 vaccination requirements. Plaintiff Second Lieutenant, specifically, is slated to return to training on or about 20 March 2023 with Bravo Company.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of February, 2023.

HERRON.BRADLEY.KURTIS.1300437091
Digitally signed by HERRON.BRADLEY.KURTIS.1300437091
Date: 2023.02.10 11:23:00 -05'00'

Maj Bradley K. Herron