# Exhibit 10

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**COLONEL FINANCIAL MANAGEMENT OFFICER,** et al.,

Plaintiffs,

v.

**LLOYD J. AUSTIN, III**, in his official capacity as Secretary of U.S. Dep't of Defense, et al.,

Defendants.

Case No. 8:22-cv-01275-SDM-TGW

## DECLARATION OF JOSEPH J. WIEGMAN

I, Joseph John Wiegman, a government employee of the U.S. Marine Corps (USMC), hereby state and declare as follows:

1. I am a Captain in the USMC, currently serving as assigned as Marine Cryptologic Support Battalion Adjutant, with administration responsibilities and access to records of the Battalion Marines. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. Based on my position as Battalion Adjutant, I am aware of the following information regarding named plaintiffs in the captioned litigation. As records manager, I have reviewed the Official Military Personnel File (OMPF) of Plaintiff GySgt and do not observe any negative or derogatory material therein.

3. I have reviewed the record and readiness status of Plaintiff Gunnery Sergeant, and I have reviewed the Declaration of Daniel Schmid. Gunnery Sergeant does not have any adverse

1

fitness reports on record and does not have any adverse paperwork in his personnel file related to a religious accommodation request. He is not on a promotion hold of any kind.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of February, 2023.

*[signature]*

Captain Joseph J. Wiegman
Adjutant, MCSB