# Exhibit 11

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**COLONEL FINANCIAL MANAGEMENT OFFICER,** et al.,

Plaintiffs,

v.

**LLOYD J. AUSTIN, III**, in his official capacity as Secretary of U.S. Dep't of Defense, et al.,

Defendants.

Case No. 8:22-cv-01275-SDM-TGW

## DECLARATION OF SEAN M. DRISCOLL

I, Sean Michael Driscoll, a government employee of the U.S. Navy, hereby state and declare as follows:

1. I am a Commander in the U.S. Navy, currently serving as the Director of Public Health for Headquarters Marine Corps Health Services. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. Among my responsibilities as Director of Public Health for Headquarters Marine Corps, I am often involved in public health or medical readiness working groups throughout the Department of Defense. In addition to my policy-focused responsibilities, I work in a variety of areas as an operational physician, which often includes examining patients and reviewing their medical records. Based on my position, I am aware of the following information regarding named plaintiffs in the captioned litigation.

3. I have reviewed the record and readiness status of Plaintiff Gunnery Sergeant, and I have reviewed the Declaration of Daniel Schmidt. Plaintiff Gunnery Sergeant's Individual

2

Medical Readiness is automatically calculated in the Medical Readiness Reporting System (MRRS) and it does still reflect him as "Partially Medical Ready" due to not having the SARS-CoV-2 vaccine. However, Headquarters Marine Corps Health Services is working to update the process and electronic medical readiness system. Once this update occurs, his MRRS records will reflect him as "Fully Medically Ready". Per my understanding of the vaccine rescission policy, not having received the COVID-19 vaccine should not prevent him from being able to PCS or attend training exercises at this time.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of February, 2023.

Sean M. Driscoll