# Exhibit 12

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**COLONEL FINANCIAL MANAGEMENT OFFICER,** et al.,

          Plaintiffs,

v.

**LLOYD J. AUSTIN, III**, in his official capacity as Secretary of U.S. Dep't of Defense, et al.,

          Defendants.

Case No. 8:22-cv-01275-SDM-TGW

## DECLARATION OF TIMOTHY F. RIEMANN

I, Timothy F. Riemann, a government employee of the U.S. Marine Corps (USMC), hereby state and declare as follows:

    1.    I am a Lieutenant Colonel in the USMC, currently serving as assigned as an Inspector-Instructor with 4th Assault Amphibian Battalion, 4th Marine Division. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

    2.    As an Inspector-Instructor, I am responsible for the training and mobilization of reserve Marines assigned to the unit. Based on my position as an Inspector-Instructor, I am aware of the following information regarding named plaintiffs in the captioned litigation.

    3.    I am generally familiar with Lance Corporal 3's current assignments and status, and I have reviewed the Declaration of Daniel Schmid. The Schmid declaration is incorrect about Lance Corporal 3's current assignment. Lance Corporal 3 is an active and full participant in battalion activities. Lance Corporal 3 has mustered for 16 drill periods since 1 October 2023, to include traveling to and attending a 12 day Coxwain Course in California from 28 November

1

to 9 December 2022. He is presently scheduled to support a two week training exercise in Colombia later this year. He is not presently facing an adverse separation proceeding and has no impediments to future training or deployment opportunities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of February, 2023.

Timothy F. Riemann