# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **COLONEL FINANCIAL MANAGEMENT OFFICER,** *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>**LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*,<br><br>                Defendants. | Case No. 8:22-cv-1275 (SDM/TGW) |
| **NAVY SEAL 1,** *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>**LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*,<br><br>                Defendants. | Case No. 8:21-cv-2429 (SDM/TGW) |

**DEFENDANTS' NOTICE OF ADDITIONAL NAVY IMPLEMENTATION**

Defendants hereby notify the Court that the Navy has issued additional guidance related to the rescission of the vaccine mandate. On January 20, 2023, the Navy issued ALNAV 009/23 (attached as Ex. 1), providing additional implementation guidance. And on February 15, 2023, the Navy issued NAVADMIN 038/23 (attached as Ex. 2), updating its standard operating guidance to remove the distinction between vaccinated and unvaccinated service members when making assignment and deployment decisions. The Navy and Marine Corps both anticipate additional guidance.

1

.

| | |
|---|---|
| Dated: February 22, 2023 | Respectfully submitted, |
| | |
| BRIAN M. BOYNTON | /s/ Amy. E. Powell |
| Principal Deputy Assistant Attorney General | ANDREW E. CARMICHAEL |
| | AMY E. POWELL |
| | Senior Trial Counsel |
| ALEXANDER K. HAAS | MICHAEL P. CLENDENEN |
| Director, Federal Programs Branch | LIAM HOLLAND |
| | CATHERINE M. YANG |
| ANTHONY J. COPPOLINO | Trial Attorneys |
| Deputy Director | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street, N.W. |
| | Washington, DC 20005 |
| | Tel: (919)856-4013 |
| | Email: amy.powell@usdoj.gov |
| | *Counsel for Defendants* |