# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **COLONEL FINANCIAL MANAGEMENT OFFICER,** *et al.*,<br><br>                Plaintiffs,<br><br>  v.<br><br>**LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*,<br><br>                Defendants. | Case No. 8:22-cv-1275 (SDM/TGW) |
| **NAVY SEAL 1,** *et al.*,<br><br>                Plaintiffs,<br><br>  v.<br><br>**LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*,<br><br>                Defendants. | Case No. 8:21-cv-2429 (SDM/TGW) |

## DEFENDANTS' NOTICE OF ADDITIONAL IMPLEMENTATION GUIDANCE

Pursuant to the Order dated January 10, 2012, ECF No. 268, Defendants hereby notify the Court that on March 7, 2023, the Navy issued NAVADMIN 065/23, taking additional actions to implement the rescission of the DoD COVID-19 vaccination requirement with respect to the Navy. *See* Ex. 1.

Dated: March 7, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

Respectfully submitted,

*/s/ Amy. E. Powell*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel

1

| | |
|---|---|
| ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>ANTHONY J. COPPOLINO<br>Deputy Director | MICHAEL P. CLENDENEN<br>LIAM HOLLAND<br>CATHERINE M. YANG<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel: (919) 856-4013<br>Email: amy.powell@usdoj.gov<br>*Counsel for Defendants* |