IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **COLONEL FINANCIAL MANAGEMENT OFFICER,** *et al.*,<br><br>     Plaintiffs,<br><br> v.<br><br>**LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*,<br><br>     Defendants. | Case No. 8:22-cv-1275 (SDM/TGW) |
| **NAVY SEAL 1,** *et al.*,<br><br>     Plaintiffs,<br><br> v.<br><br>**LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*,<br><br>     Defendants. | Case No. 8:21-cv-2429 (SDM/TGW) |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 3.01(i), Defendants hereby notify the Court of supplemental authority related to the Defendants' pending Motion to Dismiss for Mootness, or for an Indicative Ruling to Dissolve Injunctions, ECF No. 275. Several courts have acted on mootness issues in cases challenging the armed services' vaccination requirements for COVID-19 following rescission of that requirement. Two panels of the Ninth Circuit Court of Appeals dismissed Service members' appeals from the denial of preliminary injunctions prohibiting enforcement of the military's COVID-19 vaccination requirement, finding moot those requests for injunctive relief.

1

*See Short v. Berger*, Nos. 22-15755, 22-16607 (9th Cir. Feb. 24, 2023) (a Marine Corps case); *Dunn v. Austin*, No. 22-15286 (9th Cir. Feb. 27, 2023). Several district courts have likewise noted that challenges to the COVID-19 vaccination requirement are moot. *See Alvarado v. Austin*, No. 122CV876AJT-JFA, 2023 WL 2089246, at *3 (E.D. Va. Feb. 17, 2023) ("requests and any relief therefrom are now stale given the Rescission Memo"); *Chancy, et al. v. Biden, et al.*, 1:22-cv-110, ECF No. 32 (N.D. Fla. Feb. 14, 2023) (dismissing case challenging military COVID-19 vaccine requirement as moot); *Clements v. Austin*, No. 2:22-2069-RMG, ECF No. 57 (D.S.C. March 7, 2023) (denying preliminary injunction as moot). Other cases related to the DoD vaccine requirement have been voluntarily dismissed after the rescission. *See Okla. v. Biden*, No: 5:21-cv-01136, ECF Nos. 77, 78, 82 (W.D. Okla. Feb. 17, 2023 and March 7, 2023); *Church v. Biden*, No. 1:21-cv-2815, ECF No 43 (D.D.C. Jan. 23, 2023) (including Marine Corps plaintiffs); *Air Force Major v. Austin,* No. 3:22-cv-00756, ECF No. 25 (N.D. Tex. March 7, 2023).

Dated: March 8, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

Respectfully submitted,

*/s/ Amy. E. Powell*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
MICHAEL P. CLENDENEN
LIAM HOLLAND
CATHERINE M. YANG
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013

Email: amy.powell@usdoj.gov
*Counsel for Defendants*