IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **COLONEL FINANCIAL MANAGEMENT OFFICER,** *et al.*, <br><br>                     Plaintiffs, <br><br>     v. <br><br>**LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*, <br><br>                     Defendants. | Case No. 8:22-cv-1275 (SDM/TGW) |
| **NAVY SEAL 1,** *et al.*, <br><br>                     Plaintiffs, <br><br>     v. <br><br>**LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*, <br><br>                     Defendants. | Case No. 8:21-cv-2429 (SDM/TGW) |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 3.01(i), Defendants hereby notify the Court of supplemental authority related to the Defendants' pending Motion to Dismiss for Mootness, or for an Indicative Ruling to Dissolve Injunctions, ECF No. 275. Two additional Courts of Appeal have acted on mootness issues in cases challenging the armed services' vaccination requirements for COVID-19 following rescission of that requirement. Both the Eighth Circuit and the D.C. Circuit Courts of Appeals dismissed Service members' appeals from the denial of preliminary injunctions prohibiting enforcement of the military's COVID-19 vaccination requirement, finding

1

moot those requests for injunctive relief. *See Roth v. Austin*, No. 22-2058, 2023 WL 2531885 (8th Cir. Mar. 16, 2023) (unanimously concluding that issue was moot in light of statutory rescission); *Navy Seal 1 v. Austin*, Nos. 22-5114, 22-5135, 2023 WL 2482927 (D.C. Cir. Mar. 10, 2023) (per curiam) (dismissing appeals and vacating judgments as moot).

| | |
|---|---|
| Dated: March 17, 2023 | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General | */s/ Amy. E. Powell*<br>ANDREW E. CARMICHAEL<br>AMY E. POWELL<br>Senior Trial Counsel |
| ALEXANDER K. HAAS<br>Director, Federal Programs Branch | MICHAEL P. CLENDENEN<br>LIAM HOLLAND<br>CATHERINE M. YANG |
| ANTHONY J. COPPOLINO<br>Deputy Director | Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel: (919) 856-4013<br>Email: amy.powell@usdoj.gov<br>*Counsel for Defendants* |