**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren | Kristin Esposito |
| Clerk of Court | Tampa Division Manager |

**DATE:** April 3, 2023

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

LIEUTENANT COLONEL 1, SECOND LIEUTENANT,
CAPTAIN, LANCE CORPORAL 1, LANCE CORPORAL
2, COLONEL FINANCIAL MANAGEMENT OFFICER,
RESERVE LIEUTENANT COLONEL, CAPTAIN 2,
CAPTAIN 3, FIRST LIEUTENANT and CHIEF
WARRANT OFFICER 3,

       Plaintiffs,

v.                                                          Case No: 8:22-cv-1275-SDM-TGW

LLOYD J. AUSTIN, III  and DAVID H. BERGER,

       Defendants.

**U.S.C.A. Case No.:**        **22-10645-E, 22-12029-G, 22-13522-D**

Enclosed are documents and information relating to an appeal in the above-referenced action.  Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Steven D. Merryday, Chief United States District Judge appealed from.

ELIZABETH M. WARREN, CLERK

By:     s/MB, Deputy Clerk