# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 12, 2023

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 22-12029-DD
Case Style: Captain v. Secretary of the U.S. Department of Defense, et al
District Court Docket No: 8:22-cv-01275-SDM-TGW
Secondary Case Number: 8:21-cv-02429-SDM-TGW

The enclosed copy of this Court's order of remand is issued as the mandate of this Court. Counsel and parties are advised that with this order of remand this appeal is concluded. If further review is to be sought in the future a timely new notice of appeal must be filed.

Any pending motions are now rendered moot in light of the attached order.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| New / Before Briefing Cases: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| Cases in Briefing / After Opinion: | 404-335-6130 | CM/ECF Help Desk: | 404-335-6125 |
| Cases Set for Oral Argument: | 404-335-6141 | | |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-12029

_____

CAPTAIN,

                                      Plaintiff-Appellee,

COLONEL FINANCIAL MANAGEMENT OFFICER,
United States Marine Corps, et al.,

                                      Plaintiffs,

*versus*

SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE,
COMMANDANT, UNITED STATES MARINE CORPS,

                                      Defendants-Appellants.

2                             Order of the Court                          22-12029

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cv-01275-SDM-TGW

_____

Before JILL PRYOR and GRANT, Circuit Judges.

BY THE COURT:

Appellants' motion to remand this case in full is GRANTED. *See* Fed. R. App. P. 12.1; 11th Cir. 12.1-1(c)(2)(ii).

Accordingly, the Clerk of Court is DIRECTED to close this appeal.