# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 12, 2023

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 22-13522-DD
Case Style: Chief Warrant Officer 4, et al v. Secretary of the United States Department of Defe, et al
District Court Docket No: 8:22-cv-01275-SDM-TGW

The enclosed copy of this Court's order of remand is issued as the mandate of this Court. Counsel and parties are advised that with this order of remand this appeal is concluded. If further review is to be sought in the future a timely new notice of appeal must be filed.

Any pending motions are now rendered moot in light of the attached order.

<u>Clerk's Office Phone Numbers</u>

General Information: 404-335-6100   Attorney Admissions: 404-335-6122
New / Before Briefing Cases: 404-335-6135   Capital Cases: 404-335-6200
Cases in Briefing / After Opinion: 404-335-6130   CM/ECF Help Desk: 404-335-6125
Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13522

_____

CHIEF WARRANT OFFICER 4,
United States Marine Corps,
LANCE CORPORAL 3,
United States Marine Corps,
MIDSHIPMAN 2/C,
United States Marine Corps,
GUNNERY SERGEANT,
United States Marine Corps,
COLONEL FINANCIAL MANAGEMENT OFFICER, et al.,

                                                  Plaintiffs-Appellees,

*versus*

SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE,
COMMANDANT, UNITED STATES MARINE CORPS,

                                                  Defendants-Appellants.

Case 8:22-cv-01275-SDM-TGW   Document 294   Filed 05/12/23   Page 3 of 3 PageID 13512
USCA11 Case: 22-13522   Document: 21-2   Date Filed: 05/12/2023   Page: 2 of 2

2                       Order of the Court                    22-13522

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cv-01275-SDM-TGW

_____

Before JILL PRYOR and GRANT, Circuit Judges.

BY THE COURT:

"Defendants-Appellants' Motion for Remand and Closure of Appeal Pursuant to Circuit Rule 12.1-1," on which plaintiffs-appellees takes no position, is GRANTED. As specified in 11th Cir. R. 12.1-1(c)(2)(ii), we remand the case in full for the district court to enter an order granting relief in line with its indicative ruling (dissolving the preliminary injunction at issue in this appeal and other cases pending before this Circuit, decertifying the class of Marines, and dismissing the Navy and Marine Corps actions as moot), and direct the clerk to close this appeal. The government retains its right to move to reopen and reinstate this appeal under the circumstances described in 11th Cir. R. 12.1-1(c)(2)(iv).