UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| COLONEL FINANCIAL MANAGEMENT OFFICER, United States Marine Corps, *et al.*, for themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>LLOYD AUSTIN, in his official capacity as Secretary of the United States Department of Defense, *et al.*,<br><br>Defendants. | No. 8:22-cv-01275 SDM-TGW |

**JOINT MOTION
FOR SECOND EXTENSION OF TIME FOR PLAINTIFFS TO MOVE FOR
COSTS, ATTORNEY'S FEES, AND NONTAXABLE EXPENSES
AND REQUEST FOR EXPEDITED CONSIDERATION**

The parties, pursuant to Rule 54, Fed. R. Civ. P., and Local Rule 7.01, jointly move the Court for a second 60-day extension of time, to September 29, 2023, for Plaintiffs to file a bill of costs and motion on entitlement to attorney's fees and nontaxable expenses. The parties state as follows in support of this motion:

1. Pursuant to the Court's Order of May 30, 2023 (Doc. 298), Plaintiffs' bill of costs and motion on entitlement to attorney's fees and nontaxable expenses are due on or before July 31, 2023.

2. The parties continue to desire to explore the possibility of settling the issue of Plaintiffs' entitlement to costs, attorney's fees, and nontaxable expenses under 42 U.S.C. § 1988, and the amount thereof. This exploration will require Plaintiffs' counsel to compile their fee and cost records, apply billing judgment, and otherwise

prepare the records for review by Defendants' counsel, which review will be subject to a Department of Justice review process. Plaintiffs' counsel, however, have been delayed in preparing their billing records for review by Defendants' counsel due to several exigent matters requiring their attention, including out-of-state preliminary injunction proceedings in a Rhode Island federal case, and their joining an Alabama federal case midstream as co-counsel requiring compliance with preestablished deadlines.

3. Plaintiffs' counsel will provide their billing records to Defendants' counsel on or before August 4, 2023, following which Defendants' counsel's review will commence. The parties estimate that completion of their settlement exploration, following which the parties will settle or Plaintiffs will file their bill of costs and motion on entitlement, will require an additional 60-day extension of time.

4. The parties believe the requested extension of time will aid in the efficient resolution of disputed matters and will not unduly delay the Court's administration of this action. Given the current deadline of July 31, 2023, the parties respectfully request the Court's expedited consideration.

Respectfully submitted,

| | |
|---|---|
| | BRIAN M. BOYNTON |
| | Principal Deputy Assistant Attorney General |
| | ALEXANDER K. HAAS |
| | Director, Federal Programs Branch |
| /s/ Roger K. Gannam | ANTHONY J. COPPOLINO |
| MATHEW D. STAVER | Deputy Director |
| HORATIO G. MIHET | |
| ROGER K. GANNAM | /s/ Amy E. Powell |
| DANIEL J. SCHMID* | ANDREW E. CARMICHAEL |
| RICHARD L. MAST* | AMY E. POWELL |
| LIBERTY COUNSEL | Senior Trial Counsel |
| P.O. Box 540774 | ZACHARY A. AVALLONE |
| Orlando, FL 32854 | CATHERINE M. YANG |
| (407) 875-1776 | Trial Attorneys |
| court@lc.org | United States Department of Justice |
| hmihet@lc.org | Civil Division, Federal Programs Branch |
| rgannam@lc.org | 1100 L Street, N.W. |
| dschmid@lc.org* | Washington, DC 20005 |
| rmast@lc.org* | (919) 856-4013 |
| *Specially admitted | amy.powell@usdoj.gov |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

3