UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLONEL FINANCIAL MANAGEMENT
OFFICER, et al., on behalf of himself and others
similarly situated,

    Plaintiffs,

v.                                                    CASE NO. 8:22-cv-1275-SDM-TGW

LLOYD AUSTIN, Secretary of the
Department of Defense, et al.,

    Defendants.
_____/

## ORDER

This action, specifically the issue of the entitlement to, and the amount of, any attorney's fee and costs to which the plaintiffs are entitled, is referred to mediation. **Magistrate Judge Anthony E. Porcelli**, 801 North Florida Avenue, Tampa, Florida 33602, (813) 301-5540, is the mediator.

Judge Porcelli must conduct the mediation in accord with this order and the Local Rules. Compliance with this order is not satisfied by any other attempt by the parties to resolve this matter through mediation or by another mechanism for dispute resolution. The parties and counsel must appear for mediation in Judge Porcelli's chambers in Tampa on **SEPTEMBER 13, 2023, at 9:30 A.M.  ANY MOTION TO DELAY THIS MEDIATION IS STRONGLY DISFAVORED.**  With respect to

the mediation, the parties must direct any request, question, or the like to Judge Porcelli.

ORDERED in Tampa, Florida, on July 28, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE