UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLONEL FINANCIAL MANAGEMENT
OFFICER, et al., on behalf of himself and others
similarly situated,

    Plaintiffs,

v.                                CASE NO. 8:22-cv-1275-SDM-TGW

LLOYD AUSTIN, Secretary of the
Department of Defense, et al.,

    Defendants.
_____/

## ORDER

    The plaintiffs move (Doc. 303) unopposed to continue the mediation scheduled by an earlier order (Doc. 301).  The motion is **GRANTED**.  The parties and counsel must appear for mediation in Judge Porcelli's chambers in Tampa on **SEPTEMBER 25, 2023, at 9:30 A.M.  ABSENT AN EXTRAORDINARY CIRCUMSTANCE, NO FURTHER CONTINUATION IS AVAILABLE.**

    ORDERED in Tampa, Florida, on August 17, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE