IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **COLONEL FINANCIAL MANAGEMENT OFFICER,** *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> **LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*, <br><br>   Defendants. | Case No. 8:22-cv-1275 (SDM/TGW) |
| **NAVY SEAL 1,** *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> **LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*, <br><br>   Defendants. | Case No. 8:21-cv-2429 (SDM/TGW) |

**JOINT NOTICE OF SETTLEMENT AND
MOTION TO VACATE DEADLINE TO FILE FEE AND COST MOTION**

Plaintiffs and Defendants jointly advise the Court that they have reached a settlement on attorney's fees, costs, and other litigation expenses in both of the captioned matters. The parties' Settlement Agreement is attached hereto as Exhibit A. Among other things, the Settlement Agreement anticipates that a Settlement Payment will be made within 21 days of its execution, and that the two matters captioned herein will be voluntarily dismissed with prejudice within two business days after the Settlement Payment has cleared. Accordingly, barring unforeseen circumstances, the

parties anticipate that these two matters will be voluntarily dismissed within the next thirty days.

In the meantime, the Court has previously set October 6, 2023 as the deadline for Plaintiffs to file their fee and cost motion. The parties respectfully request that the Court vacate this deadline and hold it in abeyance pending the forthcoming dismissal of these cases. In the unlikely event that the Settlement Agreement is not consummated, the parties will promptly advise the Court.

| | |
|---|---|
| Dated: October 4, 2023 | Respectfully submitted, |
| /s/ Horatio G. Mihet<br>Mathew D. Staver<br>Horatio G. Mihet<br>Daniel J. Schmid*<br>LIBERTY COUNSEL<br>P.O. Box 540774<br>Orlando, FL 32854<br>(407) 875-1776<br>court@lc.org<br>hmihet@lc.org<br>dschmid@lc.org<br><br>*Admitted specially<br><br>**Counsel for Plaintiffs** | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>JOSHUA E. GARDNER<br>Special Counsel<br><br>/s/ Amy. E. Powell<br>ANDREW E. CARMICHAEL<br>AMY E. POWELL<br>Senior Trial Counsel<br>MICHAEL P. CLENDENEN<br>LIAM HOLLAND<br>CATHERINE M. YANG<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel: (919) 856-4013<br>Email: amy.powell@usdoj.gov<br><br>**Counsel for Defendants** |